| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 97-00099-032 |
| | | DOCKET NUMBER (Rec. Court) |
| | | CR07-0'632 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ROBERT LEWIS PICKENS, JR. | Southern District of Alabama | Northern Division |
| | NAME OF SENTENCING JUDGE | |
| | Charles R. Butler, Jr. | |
| | PROJECTED DATES OF SUPERVISED RELEASE: | FROM 04/11/2005 — TO 04/10/2010 |

**OFFENSE**

Conspiracy to Possess and Distribute Schedule II (Crack Cocaine) Substance, 21 U.S.C. § 846

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/24/07
Date

_____
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF CALIFORNIA"

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10-2-07
Effective Date

_____
United States District Judge