# UNITED STATES DISTRICT COURT FILED
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

OCT 1 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Robert Lewis Pickens | Docket No.:   CR 07-00632-01 DLJ |

Name of Sentencing Judge:   Charles R. Butler, Jr.
U.S. District Judge
Southern District of Alabama

Date of Original Sentence:   June 22, 1998

Original Offense:
Count Two: Conspiracy to Possess with Intent to Distribute Crack Cocaine, 21 U.S.C. § 846, a Class A felony.

Original Sentence: 108 months custody, 5 years supervised release.
Special Conditions: Special assessment $100.

On October 2, 2007, the Northern District of California accepted a transfer of Jurisdiction from the Southern District of Alabama.

Type of Supervision: Supervised Release         Date Supervision Commenced: April 1, 2005
Assistant U.S. Attorney: Brian Whitaker (Duty)         Defense Counsel: Unassigned (AFPD)

NDC-SUPV-FORM 12A 03/23/05

Robert Lewis Pickens  
CR 07-00632-01 DLJ  
Page 2

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition that while on supervised release, the defendant shall not commit another federal, state or local crime. |

> On April 11, 2007, the offender was cited for solicitation of a prostitute in San Francisco, California. On that date, the offender propositioned an under cover female police officer for sex. As a result of the solicitation, the offender was cited and released.
>
> On May 30, 2007, the offender paid a fine of eight hundred dollars and the citation was discharged by San Francisco County Superior Court docket number 2319245. Evidence to support this charge is contained in San Francisco Police report # 07-0369723, dated April 11, 2007.

| | |
|---|---|
| Two | There is probable cause to believe that the offender violated standard condition number eleven that the defendant shall notify the probation officer within seventy two hours of being arrested or questioned by law enforcement. |

> On April 11, 2007, the offender was cited for solicitation of a prostitute in San Francisco, California. On that date, the offender propositioned an under cover female police officer for sex. As a result of the solicitation, the offender was cited and released. The offender never reported the law enforcement contact until confronted with the information on September 17, 2007. He reported to me that he was embarrassed by the situation and that is why he did not report the law enforcement contact.
>
> Evidence to support this charge is contained in San Francisco Police report # 07-0369723, dated April 11, 2007, and United States Probation chronological records report dated September 17, 2007.

NDC-SUPV-FORM 12A 03/23/05

Robert Lewis Pickens                                                               Page 3
CR 07-00632-01 DLJ

## Action Taken and Reason

Robert Pickens has completed thirty-one months (31) of supervised release. In that time, the offender has satisfied the court imposed special assessment of one hundred dollars ($100). The offender has maintained employment since his release from custody with the San Francisco Toyota dealership. He has worked as a car detailer for Toyota for the last thirty (31) months. He is currently on workers compensation for a hand injury and is expected to have surgery to repair a broken and poorly healed finger. He has been out for several months as a result of that injury. However, during that time, Mr. Pickens has enrolled in a truck driving school and has earned a degree to start searching for better employment as a truck driver. He has discussed his future plans with me and appears very excited about the prospect of not only driving a truck, but someday starting his own company. The offender earned a certificate of completion from the Western Trucking School.

However, during a routine criminal records check, it was determined that the offender was cited on April 11, 2007, for the solicitation of a prostitute. He paid the fine and there are no pending charges or probation supervision as a result. However, he failed to report the contact with law enforcement and made an error in judgement. On September 17, 2007, Mr. Pickens admitted to me the citation was accurate and he was embarrassed by the offense.

It is respectfully recommended that the court take judicial notice of the violations and allow the probation officer to continue to monitor the case.


Assistant U.S. Attorney Brian Whitaker has been notified and there are no objections.

Address of offender:        3178 Garrity Way, Apt. #423
                            Richmond, CA 94806

Respectfully submitted,                              Reviewed by:

Cristopher Taylor                                    Daniel Zurita
U.S. Probation Officer                               Supervisory U.S. Probation Officer

Date Signed: October 18, 2007

Robert Lewis Pickens                                                            Page 4
CR 07-00632-01 DLJ

---

THE COURT ORDERS:
☑ The Court concurs and takes judicial notice
☐ Submit a request to modify supervision
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

_____10-19-07_____                    _____
Date                                          D. Lowell Jensen
                                              Senior United States District Judge

NDC-SUPV-FORM 12A 03/23/05