# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ALABAMA

113 ST. JOSEPH STREET
MOBILE, AL 36602

CHARLES R. DIARD, JR.
CLERK

**FILED**    (251) 690-2371

October 17, 2007

OCT 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Mr. Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, California 94102

IN RE:   TRANSFER OF JURISDICTION - ROBERT LEWIS PICKENS, JR.
          SOU.DIST.ALA.CR.NO. 97-00099/NO.DIST.CAL.NO.CR-00632

Dear Mr. Wieking:

Pursuant to the transfer of jurisdiction of the above named probationer, please find certified copies of the following documents enclosed:

(X)  Indictment
(X)  Judgment and Commitment order
(X)  Docket sheet
(X)  Original order transferring jurisdiction

Please acknowledge receipt by returning the enclosed copy of this letter.

Very truly yours,

CHARLES R. DIARD, JR., CLERK

By  _Claire Roberts_
          Deputy Clerk

/cwr

Enclosures

copy to:  U.S. Attorney
              U.S. Probation

| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 97-00099-032 |
| | | DOCKET NUMBER *(Rec. Court)*<br>CR07-00632 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE:<br><br>ROBERT LEWIS PICKENS, JR. | DISTRICT<br>Southern District of Alabama | DIVISION<br>Northern Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Charles R. Butler, Jr. | |
| | PROJECTED DATES OF SUPERVISED RELEASE: | FROM<br>04/11/2005 | TO<br>04/10/2010 |

| OFFENSE |
|---|
| Conspiracy to Possess and Distribute Schedule II (Crack Cocaine) Substance, 21 U. S. C. § 846 |

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"SOUTHERN DISTRICT OF ALABAMA"</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 9/24/07 | |
|---|---|
| *Date* | Senior United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"NORTHERN DISTRICT OF CALIFORNIA"</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 10-2-07 | |
|---|---|
| *Effective Date* | United States District Judge |

FILED OCT '07 PM 2:29 USDC/LPF

GAB/pg

FILED IN OPEN COURT

JUN 1 8 1997

DEBORAH S. HUNT
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Cr. No. 97-00099-CB |
| v. | * | |
| | * | USAO No. 96R0143 |
| GERALD L. JONES, | * | |
|     aka TOMMY, | * | Violations: |
| DARYL JONES, | * | 21 USC § 846 |
| CEDRIC MAURICE JONES, | * | 21 USC § 841(a)(1) |
|     aka CED, | * | 21 USC § 861 |
| BRYAN TODD WASHINGTON, | * | 18 USC § 922(g) |
|     aka MAFIA, | * | 18 USC § 924(c) |
| GEORGE EDWARD HOWARD, | * | 18 USC § 2 |
| GARCILIAS DICKINS, | * | |
|     aka BUTCH, | * | |
| LEO SHARP, | * | |
|     aka MOOSU, | * | |
| GEORGE ALLUMS, JR., | * | |
|     aka JR., | * | |
| ARTHUR REGINALD TRAMBLE, | * | |
|     aka REGGIE, | * | |
| MICHAEL JEROME FILES, | * | |
| EDWARD FILES, | * | |
|     aka EPP, | * | |
| ERNEST LEE STROTHER, | * | |
| GEORGE LINDSAY, | * | |
| LAWRENCE EDWARD ENGLAND, | * | |
|     aka HOPPERGRASS, | * | |
| CHRIS LIPSCOMB, | * | |
| CHARLES EDWARD ENGLAND, | * | |
| GREGORY ALLEN MASON, | * | |
|     aka DONUT, | * | |
| LEROY LORENZO WILLIAMS, | * | |
|     aka MOOCHIE, | * | |
| JOHNNY JAMES WILLIAMS, | * | |
|     aka FELLA, | * | |
| JOHN HENRY BROWN, | * | |
|     aka JOHN HENRY WILLIAMS, | * | |
|     aka NOODIE, | * | |
| FREDERICK DARNELL JONES, | * | |
|     aka PUTT, | * | |
| EDDIE JONES, | * | |
| JOHN L. FITTS, | * | |
| FRITZ GERALD PAUL, | * | |
| ROBERT HOSEA, | * | |
| DAVID TURNER, | * | |
|     aka BLIND BUNNY, | * | |

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _Claire Roberts_
Deputy Clerk
Date _10-17-07_

224

```
ROMULUS RAY RHONE,                     *
     aka SUGAR RHONE,                  *
     aka SUGAR DIXIE,                  *
WILLIE J. JOHNSON, JR.,                *
KEEGAN WHITMAN,                        *
MICHAEL OLDS,                          *
WILMER KEITH BRECKENRIDGE,             *
     aka SONNY,                        *
ROBERT LEWIS PICKINS,                  *
ADRIAN CUSTARD,                        *
     aka ADRIAN JOHNSON,               *
     aka JEFF,                         *
THELBERT C. STATEN,                    *
     aka TC,                           *
CLAUDE STEELE,                         *
WILLIE NORFLEET,                       *
MICHAEL TURNER,                        *
     aka MALEK,                        *
          Defendants.                  *
```

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

## COUNT ONE

From in or about 1986, to and continuing through on or about May 27, 1997, in the Southern District of Alabama, Northern Division, and elsewhere,

```
          GERALD L. JONES,
          aka TOMMY,
          DARYL JONES,
          CEDRIC MAURICE JONES,
               aka CED
          BRYAN TODD WASHINGTON,
               aka MAFIA,
          GEORGE EDWARD HOWARD,
          GARCILIAS DICKINS,
               aka BUTCH,
          LEO SHARP,
               aka MOOSU,
          GEORGE ALLUMS, JR.,
               aka JR.,
          ARTHUR REGINALD TRAMBLE,
               aka REGGIE,
```

MICHAEL JEROME FILES,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka FELLA,
JOHNNY JAMES WILLIAMS,
    aka MOOCHIE,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
FREDERICK DARNELL JONES,
    aka PUTT,
EDDIE JONES,
JOHN L. FITTS,
FRITZ GERALD PAUL,
ROBERT HOSEA,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
WILLIE J. JOHNSON, JR.,
WILLIE NORFLEET,
MICHAEL TURNER,
    aka MALEK,

willfully, knowingly, and unlawfully did conspire with each other,

Leon Tollette, and other persons whose names are known and unknown

to the Grand Jury, to knowingly and intentionally possess with

intent to distribute a Schedule II controlled substance, to wit:

To knowingly and intentionally unlawfully distribute and possess with intent to distribute more than 150 kilograms of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It was a part of said conspiracy that the aforenamed

defendants themselves and through others would make contacts

necessary to obtain a source of supply for cocaine the defendants themselves and through others would arrange for transportation of the cocaine by vehicles, some of which were stolen with switched vehicle identification plates, and by couriers to Uniontown, Alabama; the defendants themselves and through others would store the cocaine at various secure locations in or around Uniontown; the defendants themselves and through others would make contacts with those seeking to obtain cocaine, and would negotiate with such contacts for the details of the distribution of the cocaine; the defendants themselves and through others would deliver the cocaine to such places as necessary to conduct such distribution;

The defendants themselves and through others would use nominees to acquire various property in an effort to avoid detection by law enforcement and forfeiture of property which constituted proceeds of these illegal activities; GERALD L. JONES, aka TOMMY, DARYL JONES, CEDRIC MAURICE JONES, GEORGE ALLUMS, JR., aka JR., and ARTHUR REGINALD TRAMBLE, aka REGGIE, would utilize certain businesses to facilitate the drug distribution activities by providing transportation and storage locations for the drugs and an opportunity to "legitimize" drug proceeds;

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

### COUNT TWO

From in or about 1990, to and continuing through on or about May 27, 1997, in the Southern District of Alabama, Northern Division, and elsewhere,

4

CEDRIC MAURICE JONES,
     aka CED,
BRYAN TODD WASHINGTON,
     aka MAFIA,
MICHAEL JEROME FILES,
EDWARD FILES,
     aka EPP,
LAWRENCE EDWARD ENGLAND,
     aka HOPPERGRASS,
CLAUDE STEELE,
MICHAEL OLDS,
WILMER KEITH BRECKENRIDGE,
ROBERT LEWIS PICKINS,
KEEGAN WHITMAN,
THELBERT C. STATEN,
     aka TC,
WILLIE NORFLEET,

willfully, knowingly, and unlawfully did conspire with each other, Leon Tollette, and other persons whose names are known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit:

> To knowingly and intentionally possess with intent to distribute more than 10 kilograms of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

It was part of the said conspiracy that the aforenamed defendants themselves and through others would obtain cocaine; the defendants themselves and through others would convert cocaine into crack cocaine; the defendants themselves and through others would make contacts with those seeking to obtain crack cocaine, and would negotiate with such contacts for the details of the distribution of the crack cocaine; the defendants themselves and through others would use nominees to acquire various property in an effort to avoid detection by law enforcement and forfeiture of property which constituted proceeds of these illegal activities; CEDRIC MAURICE

5

JONES would utilize corrupt law enforcement officials, to wit, WILMER KEITH BRECKENRIDGE, aka SONNY, and ROBERT LEWIS PICKINS, to provide protection for the drug distribution organization and its ongoing activities;

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>

From in or about 1994, to and continuing through on or about May 27, 1997, in the Southern District of Alabama, Northern Division, and elsewhere,

> GERALD L. JONES,
>     aka TOMMY,
> CEDRIC MAURICE JONES,
> ADRIAN CUSTARD,
>     aka ADRIAN JOHNSON,
>     aka JEFF,
> MICHAEL JEROME FILES,
> ERNEST LEE STROTHER,
> FREDERICK DARNELL JONES,
>     aka PUTT,
> ROBERT LEWIS PICKINS,
> WILMER KEITH BRECKENRIDGE,

willfully, knowingly, and unlawfully did conspire with each other, and with other persons whose names are known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit:

> To knowingly and intentionally unlawfully distribute and possess with intent to distribute more than 50 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is part of the said conspiracy that the aforenamed defendants would themselves and through others obtain marijuana; the defendants themselves and through others would transport the

6

marijuana by vehicles to Uniontown, Alabama; the defendants themselves and through others would package the marijuana for distribution; the defendants themselves and through others would make contacts as necessary to distribute the marijuana; the defendants themselves and through others would transport the marijuana as necessary to facilitate its further distribution;

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about May 25, 1991, in the Southern District of Alabama, Northern Division,

> **GERALD L. JONES,**
> **aka TOMMY,**
> **DARYL JONES,**
> **FREDERICK DARNELL JONES,**
> **aka PUTT,**
> **GEORGE ALLUMS, JR.,**
> **aka JR.,**
> **EDDIE JONES,**
> **JOHN HENRY BROWN,**
> **aka JOHN HENRY WILLIAMS,**
> **aka NOODIE,**

knowingly and intentionally did unlawfully possess with intent to distribute approximately 104.4 grams of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about May 25, 1991, in the Southern District of Alabama, Northern Division,

7

GERALD L. JONES,
  aka TOMMY,
DARYL JONES,
FREDERICK DARNELL JONES,
  aka PUTT,
GEORGE ALLUMS, JR.,
  aka JR.,
EDDIE JONES,
JOHN HENRY BROWN,
  aka JOHN HENRY WILLIAMS,
  aka NOODIE,

knowingly and intentionally did unlawfully possess with intent to distribute approximately 534 grams of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about June 26, 1993, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
  aka TOMMY,

knowingly and intentionally did unlawfully possess with intent to distribute less than five grams of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about March 11, 1994, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
  aka TOMMY,
DARYL JONES,
GEORGE ALLUMS, JR.,

8

```
                    aka JR.,
             EDDIE JONES,
             JOHN HENRY BROWN,
                    aka JOHN HENRY WILLIAMS,
                    aka NOODIE,
             LAWRENCE EDWARD ENGLAND,
                    aka HOPPERGRASS,
             GREGORY ALLEN MASON,
                    aka DONUT,
             CHRIS LIPSCOMB,
```

did wilfully, knowingly and unlawfully, attempt to commit an

offense against the United States, to wit:

> To knowingly and intentionally possess with
> intent to distribute approximately 17
> kilograms of cocaine, a Schedule II controlled
> substance, contrary to Title 21, United States
> Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846,

and Title 18, United States Code, Section 2.

### COUNT EIGHT

On or about March 11, 1994, in the Southern District of

Alabama, Northern Division,

```
             GERALD L. JONES,
                    aka TOMMY,
             DARYL JONES,
             GEORGE ALLUMS, JR.,
                    aka JR.,
             EDDIE JONES,
             JOHN HENRY BROWN,
                    aka JOHN HENRY WILLIAMS,
                    aka NOODIE,
             LAWRENCE EDWARD ENGLAND,
                    aka HOPPERGRASS,
             GREGORY ALLEN MASON,
                    aka DONUT,
```

did wilfully, knowingly and unlawfully, attempt to commit an

offense against the United States, to wit:

> To knowingly and intentionally possess with

9

intent to distribute approximately six pounds
of marijuana, a Schedule I controlled
substance, contrary to Title 21, United States
Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846,

and Title 18, United States Code, Section 2.

### COUNT NINE

On or about September 24, 1994, in the Southern District of

Alabama, Northern Division,

> **CEDRIC MAURICE JONES,**
> **aka CED,**
> **MICHAEL JEROME FILES,**
> **EDWARD FILES,**
> **aka EPP,**
> **LAWRENCE EDWARD ENGLAND,**
> **aka HOPPERGRASS,**

knowingly and intentionally did unlawfully possess with intent to

distribute approximately one ounce of a mixture and substance

containing a detectable amount of cocaine which contains cocaine

base, commonly known as crack cocaine, a Schedule II controlled

substance; in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TEN

On or about May 12, 1995, in the Southern District of Alabama,

Northern Division,

> **GERALD L. JONES,**
> **aka TOMMY,**
> **DARYL JONES,**
> **CEDRIC MAURICE JONES,**
> **aka CED,**
> **GEORGE ALLUMS, JR.,**
> **aka JR.,**
> **ARTHUR REGINALD TRAMBLE,**
> **aka REGGIE,**

**10**

```
                    MICHAEL JEROME FILES,
                    EDWARD FILES,
                        aka EPP,
                    LAWRENCE EDWARD ENGLAND,
                        aka HOPPERGRASS,
                    CHARLES EDWARD ENGLAND,
                    GREGORY ALLEN MASON,
                         aka DONUT,
                    LEROY LORENZO WILLIAMS,
                        aka FELLA,
                    JOHNNY JAMES WILLIAMS,
                        aka MOOCHIE,
                    JOHN HENRY BROWN,
                        aka JOHN HENRY WILLIAMS,
                        aka NOODIE,
                    EDDIE JONES,
```

did wilfully, knowingly and unlawfully, attempt to commit an

offense against the United States, to wit:

> To knowingly and intentionally possess with
> intent to distribute approximately 4.5
> kilograms of cocaine, a Schedule II controlled
> substance, contrary to Title 21, United States
> Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846,

and Title 18, United States Code, Section 2.

### COUNT ELEVEN

On or about June 6, 1995, in the Southern District of Alabama,

Northern Division,

```
                    GERALD L. JONES,
                        aka TOMMY,
                    DARYL JONES,
                    CEDRIC MAURICE JONES,
                        aka CED,
                    GEORGE ALLUMS, JR.,
                        aka JR.,
                    ARTHUR REGINALD TRAMBLE,
                        aka REGGIE,
                    MICHAEL JEROME FILES,
                    EDWARD FILES,
                        aka EPP,
                    LAWRENCE EDWARD ENGLAND,
                        aka HOPPERGRASS,
                    CHARLES EDWARD ENGLAND,
```

11

> **GREGORY ALLEN MASON,**
>      **aka DONUT,**
> **LEROY LORENZO WILLIAMS,**
>      **aka FELLA,**
> **JOHNNY JAMES WILLIAMS,**
>      **aka MOOCHIE,**
> **JOHN HENRY BROWN,**
>      **aka JOHN HENRY WILLIAMS,**
>      **aka NOODIE,**
> **EDDIE JONES,**

did wilfully, knowingly and unlawfully, attempt to commit an offense against the United States, to wit:

> To knowingly and intentionally possess with intent to distribute approximately 4 kilograms of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

**COUNT TWELVE**

In or about December of 1995, in the Southern District of Alabama, Northern Division,

> **CEDRIC MAURICE JONES,**
>      **aka CED,**
> **MICHAEL JEROME FILES,**
> **EDWARD FILES,**
>      **aka EPP,**
> **LAWRENCE EDWARD ENGLAND,**
>      **aka HOPPERGRASS,**
> **WILLIE NORFLEET,**

knowingly and intentionally did unlawfully possess with intent to distribute approximately one kilogram of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

12

### COUNT THIRTEEN

In or about late-1995, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>       aka CED,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>       aka EPP,
> LAWRENCE EDWARD ENGLAND,
>       aka HOPPERGRASS,
> MICHAEL OLDS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately one ounce of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT FOURTEEN

On or about January 11, 1996, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>       aka CED,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>       aka EPP,
> LAWRENCE EDWARD ENGLAND,
>       aka HOPPERGRASS,
> MICHAEL OLDS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> THELBERT C. STATEN,
>       aka TC,

13

knowingly and intentionally did unlawfully possess with intent to distribute approximately one eighth of a kilogram of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

On or about January 27, 1996, in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>     aka TOMMY,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>     aka CED,
> GARCILIAS DICKINS,
>     aka BUTCH,
> GEORGE ALLUMS, JR.,
>     aka JR.,
> ARTHUR REGINALD TRAMBLE,
>     aka REGGIE,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>     aka EPP,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>     aka DONUT,
> LEROY LORENZO WILLIAMS,
>     aka FELLA,
> JOHNNY JAMES WILLIAMS,
>     aka MOOCHIE,
> JOHN HENRY BROWN,
>     aka JOHN HENRY WILLIAMS,
>     aka NOODIE,
> EDDIE JONES,
> ROMULUS RAY RHONE,
>     aka SUGAR RHONE,
>     aka SUGAR DIXIE,

did wilfully, knowingly, and unlawfull attempt to commit an offense against the United States, to wit:

14

To knowingly and intentionally distribute and possess with intent to distribute approximately one kilogram of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.


## COUNT SIXTEEN

In or about early 1996, in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>      aka TOMMY,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>      aka CED,
> GARCILIAS DICKINS,
>      aka BUTCH,
> GEORGE ALLUMS, JR.,
>      aka JR.,
> ARTHUR REGINALD TRAMBLE,
>      aka REGGIE,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>      aka EPP,
> LAWRENCE EDWARD ENGLAND,
>      aka HOPPERGRASS,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>      aka DONUT,
> LEROY LORENZO WILLIAMS,
>      aka FELLA,
> JOHNNY JAMES WILLIAMS,
>      aka MOOCHIE,
> JOHN HENRY BROWN,
>      aka JOHN HENRY WILLIAMS,
>      aka NOODIE,
> EDDIE JONES,
> ROMULUS RAY RHONE,
>      aka SUGAR RHONE,
>      aka SUGAR DIXIE,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately one kilogram of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SEVENTEEN</u>

In or about February of 1996, in the Southern District of Alabama, Northern Division,

```
                 GERALD L. JONES,
                     aka TOMMY,
                 DARYL JONES,
                 CEDRIC MAURICE JONES,
                     aka CED,
                 GARCILIAS DICKINS,
                     aka BUTCH,
                 GEORGE ALLUMS, JR.,
                     aka JR.,
                 ARTHUR REGINALD TRAMBLE,
                     aka REGGIE,
                 MICHAEL JEROME FILES,
                 EDWARD FILES,
                     aka EPP,
                 LAWRENCE EDWARD ENGLAND,
                     aka HOPPERGRASS,
                 CHARLES EDWARD ENGLAND,
                 GREGORY ALLEN MASON,
                     aka DONUT,
                 LEROY LORENZO WILLIAMS,
                     aka FELLA,
                 JOHNNY JAMES WILLIAMS,
                     aka MOOCHIE,
                 JOHN HENRY BROWN,
                     aka JOHN HENRY WILLIAMS,
                     aka NOODIE,
                 EDDIE JONES,
                 ROMULUS RAY RHONE,
                     aka SUGAR RHONE,
                     aka SUGAR DIXIE,
                 MICHAEL TURNER,
                     aka MALEK,
                 WILLIE NORFLEET,
```

knowingly and intentionally did unlawfully possess with intent to distribute approximately one kilogram of cocaine, a Schedule II

16

controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT EIGHTEEN

On or about March 3, 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
aka CED,
BRYAN TODD WASHINGTON,
GARCILIAS DICKINS,
aka BUTCH,
GEORGE ALLUMS, JR.,
aka JR.,
ARTHUR REGINALD TRAMBLE,
aka REGGIE,
MICHAEL JEROME FILES,
EDWARD FILES,
aka EPP,
LAWRENCE EDWARD ENGLAND,
aka HOPPERGRASS,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
aka DONUT,
LEROY LORENZO WILLIAMS,
aka FELLA,
JOHNNY JAMES WILLIAMS,
aka MOOCHIE,
JOHN HENRY BROWN,
aka JOHN HENRY WILLIAMS,
aka NOODIE,
EDDIE JONES,
ROMULUS RAY RHONE,
aka SUGAR RHONE,
aka SUGAR DIXIE,
MICHAEL TURNER,
aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately eight kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code,

17

Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT NINETEEN

On or about March 30, 1996, in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>      aka TOMMY,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>      aka CED,
> BRYAN TODD WASHINGTON,
> GARCILIAS DICKINS,
>      aka BUTCH,
> GEORGE ALLUMS, JR.,
>      aka JR.,
> ARTHUR REGINALD TRAMBLE,
>      aka REGGIE,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>      aka EPP,
> LAWRENCE EDWARD ENGLAND,
>      aka HOPPERGRASS,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>      aka DONUT,
> LEROY LORENZO WILLIAMS,
>      aka FELLA,
> JOHNNY JAMES WILLIAMS,
>      aka MOOCHIE,
> JOHN HENRY BROWN,
>      aka JOHN HENRY WILLIAMS,
>      aka NOODIE,
> EDDIE JONES,
> ROMULUS RAY RHONE,
>      aka SUGAR RHONE,
>      aka SUGAR DIXIE,
> MICHAEL TURNER,
>      aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT TWENTY

18

On or about April 5, 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
       aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
       aka CED,
BRYAN TODD WASHINGTON,
GARCILIAS DICKINS,
       aka BUTCH,
GEORGE ALLUMS, JR.,
       aka JR.,
ARTHUR REGINALD TRAMBLE,
       aka REGGIE,
MICHAEL JEROME FILES,
EDWARD FILES,
       aka EPP,
LAWRENCE EDWARD ENGLAND,
       aka HOPPERGRASS,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
       aka DONUT,
LEROY LORENZO WILLIAMS,
       aka FELLA,
JOHNNY JAMES WILLIAMS,
       aka MOOCHIE,
JOHN HENRY BROWN,
       aka JOHN HENRY WILLIAMS,
       aka NOODIE,
EDDIE JONES,
ROMULUS RAY RHONE,
       aka SUGAR RHONE,
       aka SUGAR DIXIE,
MICHAEL TURNER,
       aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-ONE

On or about April 23, 1996, in the Southern District of Alabama, Northern Division,

19

```
        GERALD L. JONES,
             aka TOMMY,
        DARYL JONES,
        CEDRIC MAURICE JONES,
             aka CED,
        BRYAN TODD WASHINGTON,
        GARCILIAS DICKINS,
             aka BUTCH,
        GEORGE ALLUMS, JR.,
             aka JR.,
        ARTHUR REGINALD TRAMBLE,
             aka REGGIE,
        MICHAEL JEROME FILES,
        EDWARD FILES,
             aka EPP,
        LAWRENCE EDWARD ENGLAND,
             aka HOPPERGRASS,
        CHARLES EDWARD ENGLAND,
        GREGORY ALLEN MASON,
             aka DONUT,
        LEROY LORENZO WILLIAMS,
             aka FELLA,
        JOHNNY JAMES WILLIAMS,
             aka MOOCHIE,
        JOHN HENRY BROWN,
             aka JOHN HENRY WILLIAMS,
             aka NOODIE,
        EDDIE JONES,
        ROMULUS RAY RHONE,
             aka SUGAR RHONE,
             aka SUGAR DIXIE,
        MICHAEL TURNER,
             aka MALEK,
```

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT TWENTY-TWO</u>

On or about May 6, 1996, in the Southern District of Alabama, Northern Division,

```
        GERALD L. JONES,
             aka TOMMY,
        DARYL JONES,
```

```
                CEDRIC MAURICE JONES,
                    aka CED,
                BRYAN TODD WASHINGTON,
                GARCILIAS DICKINS,
                    aka BUTCH,
                GEORGE ALLUMS, JR.,
                    aka JR.,
                ARTHUR REGINALD TRAMBLE,
                    aka REGGIE,
                MICHAEL JEROME FILES,
                EDWARD FILES,
                    aka EPP,
                LAWRENCE EDWARD ENGLAND,
                    aka HOPPERGRASS,
                CHARLES EDWARD ENGLAND,
                GREGORY ALLEN MASON,
                    aka DONUT,
                LEROY LORENZO WILLIAMS,
                    aka FELLA,
                JOHNNY JAMES WILLIAMS,
                    aka MOOCHIE,
                JOHN HENRY BROWN,
                    aka JOHN HENRY WILLIAMS,
                    aka NOODIE,
                EDDIE JONES,
                ROMULUS RAY RHONE,
                    aka SUGAR RHONE,
                    aka SUGAR DIXIE,
                MICHAEL TURNER,
                    aka MALEK,
```

knowingly and intentionally did unlawfully possess with intent to
distribute approximately two kilograms of cocaine, a Schedule II
controlled substance; in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWENTY-THREE

On or about May 10, 1996, in the Southern District of Alabama,
Northern Division,

```
                CEDRIC MAURICE JONES,
                    aka CED,
                BRYAN TODD WASHINGTON,
                    aka MAFIA,
                MICHAEL JEROME FILES,
                EDWARD FILES,
                    aka EPP,
```

LAWRENCE EDWARD ENGLAND,
aka HOPPERGRASS,
WILMER KEITH BRECKENRIDGE,
ROBERT LEWIS PICKINS,
KEEGAN WHITMAN,
MICHAEL OLDS,
WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately one kilogram of crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWENTY-FOUR

On or about May 10, 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
aka TOMMY,
CEDRIC MAURICE JONES,
ADRIAN CUSTARD,
aka ADRIAN JOHNSON,
aka JEFF,
MICHAEL JEROME FILES,
ERNEST LEE STROTHER,
ROBERT LEWIS PICKINS,
WILMER KEITH BRECKENRIDGE,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two pounds of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWENTY-FIVE

On or about May 10, 1996, in the Southern District of Alabama, Northern Division,

MICHAEL JEROME FILES,

a person of at least 18 years of age, knowingly and intentionally

22

distributed approximately one kilogram of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, and two pounds of marijuana, a Schedule I controlled substance, to Terrance Dunlap, aka TJ, a person under 21 years of age, contrary to Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 859.

### COUNT TWENTY-SIX

On or about May 15, 1996, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>      aka CED,
> BRYAN TODD WASHINGTON,
>      aka MAFIA,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>      aka EPP,
> LAWRENCE EDWARD ENGLAND,
>      aka HOPPERGRASS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> MICHAEL OLDS,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately three ounces of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWENTY-SEVEN

On or about May 17, 1996, in the Southern District of Alabama,

23

Northern Division,

> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>     aka EPP,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> MICHAEL OLDS,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately a quarter of a kilogram of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWENTY-EIGHT

On or about May 30, 1996, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>     aka EPP,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> MICHAEL OLDS,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately four ounces of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT TWENTY-NINE

On or about May 30, 1996, in the Southern District of Alabama, Northern Division,

### MICHAEL JEROME FILES,

a person of at least 18 years of age, knowingly and intentionally distributed approximately four ounces of a mixture and substance containing a detectable amount of cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, to Terrance Dunlap, aka TJ, a person under 21 years of age, contrary to Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 859.

### COUNT THIRTY

In or about June 14, 1996, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>      aka CED,
> BRYAN TODD WASHINGTON,
>      aka MAFIA,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>      aka EPP,
> LAWRENCE EDWARD ENGLAND,
>      aka HOPPERGRASS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,

> MICHAEL OLDS,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately three ounces of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE

On or about June 29, 1996, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> MICHAEL JEROME FILES,
> EDWARD FILES,
>     aka EPP,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> MICHAEL OLDS,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-TWO

On or about July 2, 1996, in the Southern District of Alabama, Northern Division,

> **CEDRIC MAURICE JONES,**
> **aka CED,**
> **BRYAN TODD WASHINGTON,**
> **aka MAFIA,**
> **MICHAEL JEROME FILES,**
> **EDWARD FILES,**
> **aka EPP,**
> **LAWRENCE EDWARD ENGLAND,**
> **aka HOPPERGRASS,**
> **MICHAEL OLDS,**
> **WILLIE NORFLEET,**

knowingly and intentionally did unlawfully possess with intent to distribute approximately 66.3 grams of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE

On or about July 2, 1996, in the Southern District of Alabama, Northern Division,

> **CEDRIC MAURICE JONES,**
> **aka CED,**
> **BRYAN TODD WASHINGTON,**
> **aka MAFIA,**
> **MICHAEL JEROME FILES,**
> **EDWARD FILES,**
> **aka EPP,**
> **LAWRENCE EDWARD ENGLAND,**
> **aka HOPPERGRASS,**
> **WILMER KEITH BRECKENRIDGE,**
> **ROBERT LEWIS PICKINS,**
> **KEEGAN WHITMAN,**
> **MICHAEL OLDS,**
> **WILLIE NORFLEET,**

knowingly and intentionally did unlawfully possess with intent to distribute approximately 95.5 grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as

27

crack cocaine, a Schedule II controlled substance; in violation of

Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

### COUNT THIRTY-FOUR

In or about late July of 1996, in the Southern District of

Alabama, Northern Division,

> GERALD L. JONES,
>     aka Tommy,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> GARCILIAS DICKINS,
>     aka BUTCH,
> GEORGE ALLUMS, JR.,
>     aka JR.
> ARTHUR REGINALD TRAMBLE,
>     aka REGGIE,
> EDWARD FILES,
>     aka EPP,
> ERNEST LEE STROTHER,
> GEORGE LINDSAY,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> CHRIS LIPSCOMB,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>     aka DONUT,
> LEROY LORENZO WILLIAMS,
>     aka MOOCHIE,,
> JOHNNY JAMES WILLIAMS,
>     aka FELLA,
> JOHN HENRY BROWN,
>     aka JOHN HENRY WILLIAMS,
>     aka NOODIE,
> EDDIE JONES,
> DAVID TURNER,
>     aka BLIND BUNNY,
> ROMULUS RAY RHONE,
>     aka SUGAR RHONE,
>     aka SUGAR DIXIE,
> MICHAEL TURNER,
>     aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately 27 ounces of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-FIVE

In or about early August of 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.,
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
MICHAEL JEROME FILES,
EDWARD FILES,
    aka EPP,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka FELLA,
JOHNNY JAMES WILLIAMS,
    aka MOOCHIE,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II

29

controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT THIRTY-SIX

On or about August 21, 1996, in the Southern District of Alabama, Southern Division,

                    CEDRIC MAURICE JONES,
                         aka CED,
                    BRYAN TODD WASHINGTON,
                         aka MAFIA,
                    EDWARD FILES,
                         aka EPP,
                    LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                    WILMER KEITH BRECKENRIDGE,
                    ROBERT LEWIS PICKINS,
                    KEEGAN WHITMAN,
                    MICHAEL OLDS,
                    WILLIE NORFLEET,
                    THELBERT C. STATEN,
                         aka TC,

knowingly and intentionally did unlawfully possess with intent to distribute approximately an eighth of a kilogram of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT THIRTY-SEVEN

On or about August 28, 1996, in the Southern District of Alabama, Northern Division,

                    GERALD L. JONES,
                         aka TOMMY,
                    DARYL JONES,
                    CEDRIC MAURICE JONES,
                         aka CED,
                    BRYAN TODD WASHINGTON,
                    GARCILIAS DICKINS,
                         aka BUTCH,

GEORGE ALLUMS, JR.,
    aka JR.,
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka FELLA,
JOHNNY JAMES WILLIAMS,
    aka MOOCHIE,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT THIRTY-EIGHT

On or about September 3, 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.,
ARTHUR REGINALD TRAMBLE,

31

```
                    aka REGGIE,
            EDWARD FILES,
                    aka EPP,
            LAWRENCE EDWARD ENGLAND,
                    aka HOPPERGRASS,
            CHRIS LIPSCOMB,
            CHARLES EDWARD ENGLAND,
            GREGORY ALLEN MASON,
                    aka DONUT,
            LEROY LORENZO WILLIAMS,
                    aka FELLA,
            JOHNNY JAMES WILLIAMS,
                    aka MOOCHIE,
            JOHN HENRY BROWN,
                    aka JOHN HENRY WILLIAMS,
                    aka NOODIE,
            EDDIE JONES,
            ROMULUS RAY RHONE,
                    aka SUGAR RHONE,
                    aka SUGAR DIXIE,
            MICHAEL TURNER,
                    aka MALEK,
```

knowingly and intentionally did unlawfully possess with intent to
distribute approximately one kilogram of cocaine, a Schedule II
controlled substance; in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT THIRTY-NINE</u>

On or about September 8, 1996, in the Southern District of
Alabama, Northern Division,

```
            GERALD L. JONES,
                    aka TOMMY,
            DARYL JONES,
            CEDRIC MAURICE JONES,
                    aka CED,
            BRYAN TODD WASHINGTON,
            GARCILIAS DICKINS,
                    aka BUTCH,
            GEORGE ALLUMS, JR.,
                    aka JR.,
            ARTHUR REGINALD TRAMBLE,
                    aka REGGIE,
            EDWARD FILES,
                    aka EPP,
```

32

LAWRENCE EDWARD ENGLAND,
        aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
        aka DONUT,
LEROY LORENZO WILLIAMS,
        aka FELLA,
JOHNNY JAMES WILLIAMS,
        aka MOOCHIE,
JOHN HENRY BROWN,
        aka JOHN HENRY WILLIAMS,
        aka NOODIE,
EDDIE JONES,
ROMULUS RAY RHONE,
        aka SUGAR RHONE,
        aka SUGAR DIXIE,
MICHAEL TURNER,
        aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately more than five kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FORTY

On or about September 9, 1996, in the Southern District of Alabama, Northern Division,

CEDRIC MAURICE JONES,
        aka CED,
BRYAN TODD WASHINGTON,
        aka MAFIA,
EDWARD FILES,
        aka EPP,
LAWRENCE EDWARD ENGLAND,
        aka HOPPERGRASS,
CHARLES EDWARD ENGLAND,
WILMER KEITH BRECKENRIDGE,
ROBERT LEWIS PICKINS,
KEEGAN WHITMAN,
MICHAEL OLDS,
WILLIE NORFLEET,
THELBERT C. STATEN,
        aka TC,

33

knowingly and intentionally did unlawfully possess with intent to distribute approximately an eighth of a kilogram of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FORTY-ONE</u>

On or about September 27, 1996, in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>     aka Tommy,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> GARCILIAS DICKINS,
>     aka BUTCH,
> GEORGE ALLUMS, JR.,
>     aka JR.
> ARTHUR REGINALD TRAMBLE,
>     aka REGGIE,
> EDWARD FILES,
>     aka EPP,
> ERNEST LEE STROTHER,
> GEORGE LINDSAY,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> CHRIS LIPSCOMB,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>     aka DONUT,
> LEROY LORENZO WILLIAMS,
>     aka MOOCHIE,,
> JOHNNY JAMES WILLIAMS,
>     aka FELLA,
> JOHN HENRY BROWN,
>     aka JOHN HENRY WILLIAMS,
>     aka NOODIE,
> EDDIE JONES,
> DAVID TURNER,
>     aka BLIND BUNNY,
> ROMULUS RAY RHONE,

34

```
                         aka SUGAR RHONE,
                         aka SUGAR DIXIE,
                  MICHAEL TURNER,
                         aka MALEK,
```

knowingly and intentionally did unlawfully possess with intent to
distribute approximately fifty kilograms of cocaine, a Schedule II
controlled substance; in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FORTY-TWO</u>

On or about September 29, 1996, in the Southern District of
Alabama, Northern Division,

```
                  GERALD L. JONES,
                         aka Tommy,
                  DARYL JONES,
                  CEDRIC MAURICE JONES,
                         aka CED,
                  BRYAN TODD WASHINGTON,
                         aka MAFIA,
                  GARCILIAS DICKINS,
                         aka BUTCH,
                  GEORGE ALLUMS, JR.,
                         aka JR.
                  ARTHUR REGINALD TRAMBLE,
                         aka REGGIE,
                  EDWARD FILES,
                         aka EPP,
                  ERNEST LEE STROTHER,
                  GEORGE LINDSAY,
                  LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                  CHRIS LIPSCOMB,
                  CHARLES EDWARD ENGLAND,
                  GREGORY ALLEN MASON,
                         aka DONUT,
                  LEROY LORENZO WILLIAMS,
                         aka MOOCHIE,,
                  JOHNNY JAMES WILLIAMS,
                         aka FELLA,
                  JOHN HENRY BROWN,
                         aka JOHN HENRY WILLIAMS,
                         aka NOODIE,
                  EDDIE JONES,
                  DAVID TURNER,
```

35

aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately four kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FORTY-THREE</u>

On or about September 30, 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka Tommy,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHARLES EDWARD ENGLAND,
CHRIS LIPSCOMB,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,

36

> DAVID TURNER,
>     aka BLIND BUNNY,
> ROMULUS RAY RHONE,
>     aka SUGAR RHONE,
>     aka SUGAR DIXIE,
> MICHAEL TURNER,
>     aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately a half a kilogram of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FORTY-FOUR

On or about October 7, 1996, in the Southern District of Alabama, Northern Division,

> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> EDWARD FILES,
>     aka EPP,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> MICHAEL OLDS,
> WILMER KEITH BRECKENRIDGE,
> ROBERT LEWIS PICKINS,
> KEEGAN WHITMAN,
> THELBERT C. STATEN,
>     aka TC,
> WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately eight kilograms of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FORTY-FIVE

On or about October 13, 1996, in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>     aka Tommy,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> GARCILIAS DICKINS,
>     aka BUTCH,
> GEORGE ALLUMS, JR.,
>     aka JR.
> ARTHUR REGINALD TRAMBLE,
>     aka REGGIE,
> EDWARD FILES,
>     aka EPP,
> ERNEST LEE STROTHER,
> GEORGE LINDSAY,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> CHRIS LIPSCOMB,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>     aka DONUT,
> LEROY LORENZO WILLIAMS,
>     aka MOOCHIE,,
> JOHNNY JAMES WILLIAMS,
>     aka FELLA,
> JOHN HENRY BROWN,
>     aka JOHN HENRY WILLIAMS,
>     aka NOODIE,
> EDDIE JONES,
> DAVID TURNER,
>     aka BLIND BUNNY,
> ROMULUS RAY RHONE,
>     aka SUGAR RHONE,
>     aka SUGAR DIXIE,
> MICHAEL TURNER,
>     aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately five kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FORTY-SIX

In or about November of 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
aka CED,
BRYAN TODD WASHINGTON,
aka MAFIA,
GARCILIAS DICKINS,
aka BUTCH,
LEO SHARP,
aka MOOSU,
GEORGE ALLUMS, JR.,
aka JR.,
ARTHUR REGINALD TRAMBLE,
aka REGGIE,
EDWARD FILES,
aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
aka DONUT,
LEROY LORENZO WILLIAMS,
aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
aka MOOCHIE,
JOHN HENRY BROWN,
aka JOHN HENRY WILLIAMS,
aka NOODIE,
EDDIE JONES,
DAVID TURNER,
aka BLIND BUNNY,
ROMULUS RAY RHONE,
aka SUGAR RHONE,
aka SUGAR DIXIE,
MICHAEL TURNER,
aka MALEK,

did wilfully, knowingly and unlawfully, attempt to commit an offense against the United States, to wit:

To knowingly and intentionally possess with intent to distribute more than five kilograms of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

### COUNT FORTY-SEVEN

On or about November 21, 1996, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka Tommy,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,

40

                              aka SUGAR RHONE,
                              aka SUGAR DIXIE,
                    MICHAEL TURNER,
                              aka MALEK,

knowingly and intentionally did unlawfully possess with intent to

distribute approximately two kilograms of cocaine, a Schedule II

controlled substance; in violation of Title 21, United States Code,

Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT FORTY-EIGHT

     On or about November 24, 1996, in the Southern District of

Alabama, Northern Division,

                         GERALD L. JONES,
                              aka TOMMY,
                         DARYL JONES,
                         CEDRIC MAURICE JONES,
                              aka CED,
                         BRYAN TODD WASHINGTON,
                              aka MAFIA,
                         LEO SHARP,
                              aka MOOSU,
                         GARCILIAS DICKINS,
                              aka BUTCH,
                         GEORGE ALLUMS, JR.,
                              aka JR.
                         ARTHUR REGINALD TRAMBLE,
                              aka REGGIE,
                         EDWARD FILES,
                              aka EPP,
                         ERNEST LEE STROTHER,
                         GEORGE LINDSAY,
                         LAWRENCE EDWARD ENGLAND,
                              aka HOPPERGRASS,
                         CHRIS LIPSCOMB,
                         CHARLES EDWARD ENGLAND,
                         GREGORY ALLEN MASON,
                              aka DONUT,
                         LEROY LORENZO WILLIAMS,
                              aka MOOCHIE,,
                         JOHNNY JAMES WILLIAMS,
                              aka FELLA,
                         JOHN HENRY BROWN,
                              aka JOHN HENRY WILLIAMS,
                              aka NOODIE,

                              41

                    EDDIE JONES,
                    DAVID TURNER,
                        aka BLIND BUNNY,
                    ROMULUS RAY RHONE,
                        aka SUGAR RHONE,
                        aka SUGAR DIXIE,
                    MICHAEL TURNER,
                        aka MALEK,

knowingly and intentionally did unlawfully possess with intent to
distribute approximately two kilograms of cocaine, a Schedule II
controlled substance; in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FORTY-NINE</u>

In or about November of 1996, in the Southern District of
Alabama, Northern Division,

                    GERALD L. JONES,
                        aka TOMMY,
                    DARYL JONES,
                    CEDRIC MAURICE JONES,
                        aka CED,
                    BRYAN TODD WASHINGTON,
                        aka MAFIA,
                    LEO SHARP,
                        aka MOOSU,
                    GARCILIAS DICKINS,
                        aka BUTCH,
                    GEORGE ALLUMS, JR.,
                        aka JR.
                    ARTHUR REGINALD TRAMBLE,
                        aka REGGIE,
                    EDWARD FILES,
                        aka EPP,
                    ERNEST LEE STROTHER,
                    GEORGE LINDSAY,
                    LAWRENCE EDWARD ENGLAND,
                        aka HOPPERGRASS,
                    CHRIS LIPSCOMB,
                    CHARLES EDWARD ENGLAND,
                    GREGORY ALLEN MASON,
                        aka DONUT,
                    LEROY LORENZO WILLIAMS,
                        aka MOOCHIE,,
                    JOHNNY JAMES WILLIAMS,

                        aka FELLA,
            JOHN HENRY BROWN,
                    aka JOHN HENRY WILLIAMS,
                    aka NOODIE,
            EDDIE JONES,
            DAVID TURNER,
                    aka BLIND BUNNY,
            ROMULUS RAY RHONE,
                    aka SUGAR RHONE,
                    aka SUGAR DIXIE,
            MICHAEL TURNER,
                    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to

distribute approximately two kilograms of cocaine , a Schedule II

controlled substance; in violation of Title 21, United States Code,

Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT FIFTY

On or about December 3, 1996, in the Southern District of

Alabama, Southern Division,

            GERALD L. JONES,
                    aka Tommy,
            DARYL JONES,
            CEDRIC MAURICE JONES,
                    aka CED,
            BRYAN TODD WASHINGTON,
                    aka MAFIA,
            LEO SHARP,
                    aka MOOSU,
            GARCILIAS DICKINS,
                    aka BUTCH,
            GEORGE ALLUMS, JR.,
                    aka JR.
            ARTHUR REGINALD TRAMBLE,
                    aka REGGIE,
            EDWARD FILES,
                    aka EPP,
            ERNEST LEE STROTHER,
            GEORGE LINDSAY,
            LAWRENCE EDWARD ENGLAND,
                    aka HOPPERGRASS,
            CHRIS LIPSCOMB,
            CHARLES EDWARD ENGLAND,
            GREGORY ALLEN MASON,
                    aka DONUT,

43

                    LEROY LORENZO WILLIAMS,
                         aka MOOCHIE,,
                    JOHNNY JAMES WILLIAMS,
                         aka FELLA,
                    JOHN HENRY BROWN,
                         aka JOHN HENRY WILLIAMS,
                         aka NOODIE,
                    EDDIE JONES,
                    DAVID TURNER,
                         aka BLIND BUNNY,
                    ROMULUS RAY RHONE,
                         aka SUGAR RHONE,
                         aka SUGAR DIXIE,
                    MICHAEL TURNER,
                         aka MALEK,

knowingly and intentionally did unlawfully possess with intent to
distribute approximately one kilogram of cocaine, a Schedule II
controlled substance; in violation of Title 21, United States Code,
Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT FIFTY-ONE

On or about December 16, 1996, in the Southern District of
Alabama, Northern Division,

                    GERALD L. JONES,
                         aka TOMMY,
                    DARYL JONES,
                    CEDRIC MAURICE JONES,
                         aka CED,
                    BRYAN TODD WASHINGTON,
                         aka MAFIA,
                    LEO SHARP,
                         aka MOOSU,
                    GARCILIAS DICKINS,
                         aka BUTCH,
                    GEORGE ALLUMS, JR.,
                         aka JR.
                    ARTHUR REGINALD TRAMBLE,
                         aka REGGIE,
                    EDWARD FILES,
                         aka EPP,
                    ERNEST LEE STROTHER,
                    GEORGE LINDSAY,
                    LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                    CHRIS LIPSCOMB,

                              44

CHARLES  EDWARD  ENGLAND,
GREGORY  ALLEN  MASON,
    aka  DONUT,
LEROY  LORENZO  WILLIAMS,
    aka  MOOCHIE,,
JOHNNY  JAMES  WILLIAMS,
    aka  FELLA,
JOHN  HENRY  BROWN,
    aka  JOHN  HENRY  WILLIAMS,
    aka  NOODIE,
EDDIE  JONES,
DAVID  TURNER,
    aka  BLIND  BUNNY,
ROMULUS  RAY  RHONE,
    aka  SUGAR  RHONE,
    aka  SUGAR  DIXIE,
MICHAEL  TURNER,
    aka  MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTY-TWO

On or about December 16, 1996 in the Southern District of Alabama, Northern Division,

### CEDRIC JONES,

did during and in relation to a drug trafficking crime, to wit: possession with intent to distribute two kilograms of cocaine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1), knowingly use and carry a firearm, to wit:  a pistol, in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT FIFTY-THREE

On or about December 22, 1996, in the Southern District of Alabama, Northern Division,

45

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately three kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTY-FOUR

On or about December 24, 1996, in the Southern District of

46

Alabama, Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTY-FIVE

47

On or about December 31, 1996, in the Southern District of Alabama, Northern Division,

                    GERALD L. JONES,
                         aka TOMMY,
                    DARYL JONES,
                    CEDRIC MAURICE JONES,
                         aka CED,
                    BRYAN TODD WASHINGTON,
                         aka MAFIA,
                    LEO SHARP,
                         aka MOOSU,
                    GARCILIAS DICKINS,
                         aka BUTCH,
                    GEORGE ALLUMS, JR.,
                         aka JR.
                    ARTHUR REGINALD TRAMBLE,
                         aka REGGIE,
                    EDWARD FILES,
                         aka EPP,
                    ERNEST LEE STROTHER,
                    GEORGE LINDSAY,
                    LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                    CHRIS LIPSCOMB,
                    CHARLES EDWARD ENGLAND,
                    GREGORY ALLEN MASON,
                         aka DONUT,
                    LEROY LORENZO WILLIAMS,
                         aka MOOCHIE,,
                    JOHNNY JAMES WILLIAMS,
                         aka FELLA,
                    JOHN HENRY BROWN,
                         aka JOHN HENRY WILLIAMS,
                         aka NOODIE,
                    EDDIE JONES,
                    DAVID TURNER,
                         aka BLIND BUNNY,
                    ROMULUS RAY RHONE,
                         aka SUGAR RHONE,
                         aka SUGAR DIXIE,
                    MICHAEL TURNER,
                         aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately one and a quarter kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code,

48

Section 2.

### COUNT FIFTY-SIX

On or about January 7, 1997 in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately two kilograms of cocaine, a Schedule II

controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT FIFTY-SEVEN

On or about January 27, 1997 in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>     aka Tommy,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> LEO SHARP,
>     aka MOOSU,
> GARCILIAS DICKINS,
>     aka BUTCH,
> GEORGE ALLUMS, JR.,
>     aka JR.
> ARTHUR REGINALD TRAMBLE,
>     aka REGGIE,
> EDWARD FILES,
>     aka EPP,
> ERNEST LEE STROTHER,
> GEORGE LINDSAY,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> CHRIS LIPSCOMB,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>     aka DONUT,
> LEROY LORENZO WILLIAMS,
>     aka MOOCHIE,,
> JOHNNY JAMES WILLIAMS,
>     aka FELLA,
> JOHN HENRY BROWN,
>     aka JOHN HENRY WILLIAMS,
>     aka NOODIE,
> EDDIE JONES,
> DAVID TURNER,
>     aka BLIND BUNNY,
> ROMULUS RAY RHONE,
>     aka SUGAR RHONE,
>     aka SUGAR DIXIE,
> MICHAEL TURNER,
>     aka MALEK,

knowingly and intentionally did unlawfully possess with intent to

distribute approximately twenty kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT FIFTY-EIGHT

On or about January 27, 1997 in the Southern District of Alabama, Northern Division,

> GERALD L. JONES,
>     aka Tommy,
> DARYL JONES,
> CEDRIC MAURICE JONES,
>     aka CED,
> BRYAN TODD WASHINGTON,
>     aka MAFIA,
> LEO SHARP,
>     aka MOOSU,
> GARCILIAS DICKINS,
>     aka BUTCH,
> GEORGE ALLUMS, JR.,
>     aka JR.
> ARTHUR REGINALD TRAMBLE,
>     aka REGGIE,
> EDWARD FILES,
>     aka EPP,
> ERNEST LEE STROTHER,
> GEORGE LINDSAY,
> LAWRENCE EDWARD ENGLAND,
>     aka HOPPERGRASS,
> CHRIS LIPSCOMB,
> CHARLES EDWARD ENGLAND,
> GREGORY ALLEN MASON,
>     aka DONUT,
> LEROY LORENZO WILLIAMS,
>     aka MOOCHIE,,
> JOHNNY JAMES WILLIAMS,
>     aka FELLA,
> JOHN HENRY BROWN,
>     aka JOHN HENRY WILLIAMS,
>     aka NOODIE,
> EDDIE JONES,
> DAVID TURNER,
>     aka BLIND BUNNY,
> ROMULUS RAY RHONE,
>     aka SUGAR RHONE,
>     aka SUGAR DIXIE,
> MICHAEL TURNER,
>     aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately three kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIFTY-NINE

On or about February 28, 1997, in the Southern District of Alabama, Northern Division,

> **GERALD L. JONES,**
>      **aka TOMMY,**
> **CEDRIC MAURICE JONES,**
>      **aka CED,**
> **ADRIAN CUSTARD,**
>      **aka ADRIAN JOHNSON,**
>      **aka JEFF,**
> **MICHAEL JEROME FILES,**
> **ERNEST LEE STROTHER,**

did wilfully, knowingly and unlawfully, attempt to commit an offense against the United States, to wit:

> To knowingly and intentionally possess with intent to distribute approximately 13 pounds of marijuana, a Schedule I controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT SIXTY

On or about March 1, 1997, in the Southern District of Alabama, Northern Division,

> **GERALD L. JONES,**
>      **aka Tommy,**
> **DARYL JONES,**
> **CEDRIC MAURICE JONES,**
>      **aka CED,**
> **BRYAN TODD WASHINGTON,**

52

```
                              aka MAFIA,
                    LEO SHARP,
                         aka MOOSU,
                    GARCILIAS DICKINS,
                         aka BUTCH,
                    GEORGE ALLUMS, JR.,
                         aka JR.
                    ARTHUR REGINALD TRAMBLE,
                         aka REGGIE,
                    EDWARD FILES,
                         aka EPP,
                    ERNEST LEE STROTHER,
                    GEORGE LINDSAY,
                    LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                    CHRIS LIPSCOMB,
                    CHARLES EDWARD ENGLAND,
                    GREGORY ALLEN MASON,
                         aka DONUT,
                    LEROY LORENZO WILLIAMS,
                         aka MOOCHIE,,
                    JOHNNY JAMES WILLIAMS,
                         aka FELLA,
                    JOHN HENRY BROWN,
                         aka JOHN HENRY WILLIAMS,
                         aka NOODIE,
                    EDDIE JONES,
                    DAVID TURNER,
                         aka BLIND BUNNY,
                    ROMULUS RAY RHONE,
                         aka SUGAR RHONE,
                         aka SUGAR DIXIE,
                    MICHAEL TURNER,
                         aka MALEK,
```

knowingly and intentionally did unlawfully possess with intent to distribute approximately seven kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTY-ONE

On or about March 6, 1997, in the Southern District of Alabama, Northern Division,

```
                    GERALD L. JONES,
                         aka Tommy,
                    DARYL JONES,
```

CEDRIC MAURICE JONES,
 aka CED,
BRYAN TODD WASHINGTON,
 aka MAFIA,
LEO SHARP,
 aka MOOSU,
GARCILIAS DICKINS,
 aka BUTCH,
GEORGE ALLUMS, JR.,
 aka JR.
ARTHUR REGINALD TRAMBLE,
 aka REGGIE,
EDWARD FILES,
 aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
 aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
 aka DONUT,
LEROY LORENZO WILLIAMS,
 aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
 aka FELLA,
JOHN HENRY BROWN,
 aka JOHN HENRY WILLIAMS,
 aka NOODIE,
EDDIE JONES,
DAVID TURNER,
 aka BLIND BUNNY,
ROMULUS RAY RHONE,
 aka SUGAR RHONE,
 aka SUGAR DIXIE,
MICHAEL TURNER,
 aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately one kilogram of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTY-TWO

On or about March 11, 1997 in the Southern District of Alabama, Southern Division,

54

GERALD L. JONES,
    aka Tommy,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,

knowingly and intentionally did unlawfully possess with intent to distribute approximately five kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTY-THREE

On or about March 19, 1997 in the Southern District of

55

Alabama, Southern Division,

                    GERALD L. JONES,
                         aka TOMMY,
                    DARYL JONES,
                    CEDRIC MAURICE JONES,
                         aka CED,
                    BRYAN TODD WASHINGTON,
                         aka MAFIA,
                    LEO SHARP,
                         aka MOOSU,
                    GARCILIAS DICKINS,
                         aka BUTCH,
                    GEORGE ALLUMS, JR.,
                         aka JR.
                    ARTHUR REGINALD TRAMBLE,
                         aka REGGIE,
                    EDWARD FILES,
                         aka EPP,
                    ERNEST LEE STROTHER,
                    GEORGE LINDSAY,
                    LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                    CHRIS LIPSCOMB,
                    CHARLES EDWARD ENGLAND,
                    GREGORY ALLEN MASON,
                         aka DONUT,
                    LEROY LORENZO WILLIAMS,
                         aka MOOCHIE,,
                    JOHNNY JAMES WILLIAMS,
                         aka FELLA,
                    JOHN HENRY BROWN,
                         aka JOHN HENRY WILLIAMS,
                         aka NOODIE,
                    EDDIE JONES,
                    DAVID TURNER,
                         aka BLIND BUNNY,
                    ROMULUS RAY RHONE,
                         aka SUGAR RHONE,
                         aka SUGAR DIXIE,
                    MICHAEL TURNER,
                         aka MALEK,
                    WILLIE J. JOHNSON, JR.,

knowingly and intentionally did distribute more than one kilogram

of cocaine, a Schedule II controlled substance; in violation of

Title 21, United States Code, Section 841(a)(1) and Title 18,

United States Code, Section 2.

## COUNT SIXTY-FOUR

On or about April 9, 1997, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,
WILLIE J. JOHNSON, JR.,

knowingly and intentionally did distribute approximately an eighth of a kilogram of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SIXTY-FIVE</u>

On or about April 12, 1997, in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
GEORGE EDWARD HOWARD,
LEO SHARP,
    aka MOOSU,
GARCILIAS DICKINS,
    aka BUTCH,
GEORGE ALLUMS, JR.,
    aka JR.
ARTHUR REGINALD TRAMBLE,
    aka REGGIE,
MICHAEL JEROME FILE,
EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,

58

ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,
WILLIE J. JOHNSON, JR.,

knowingly and intentionally did possess with intent to distribute approximately eight kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SIXTY-SIX</u>

On or about April 12, 1997, in the Southern District of Alabama, Northern Division,

CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
MICHAEL JEROME FILES,
EDWARD FILES,
    aka EPP,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
WILMER KEITH BRECKENRIDGE,
ROBERT LEWIS PICKINS,
KEEGAN WHITMAN,
MICHAEL OLDS,
WILLIE NORFLEET,
THELBERT C. STATEN,
    aka TC,

knowingly and intentionally did unlawfully possess with intent to distribute approximately eight kilograms of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTY-SEVEN

On or about April 15, 1997, in the Southern District of Alabama, Northern Division,

> **CEDRIC MAURICE JONES,**
> **aka CED,**
> **BRYAN TODD WASHINGTON,**
> **aka MAFIA,**
> **MICHAEL JEROME FILES,**
> **EDWARD FILES,**
> **aka EPP,**
> **LAWRENCE EDWARD ENGLAND,**
> **aka HOPPERGRASS,**
> **MICHAEL OLDS,**
> **WILMER KEITH BRECKENRIDGE,**
> **ROBERT LEWIS PICKINS,**
> **KEEGAN WHITMAN,**
> **THELBERT C. STATEN,**
> **aka TC,**

did wilfully, knowingly and unlawfully, attempt to commit an offense against the United States, to wit:

> To knowingly and intentionally possess with intent to distribute approximately 1 ounce of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

## COUNT SIXTY-EIGHT

On or about April 20, 1997 in the Southern District of Alabama, Northern Division,

> **GERALD L. JONES,**
> **aka TOMMY,**
> **DARYL JONES,**
> **CEDRIC MAURICE JONES,**
> **aka CED,**

60

BRYAN TODD WASHINGTON,
     aka MAFIA,
GEORGE EDWARD HOWARD,
GARCILIAS DICKINS,
     aka BUTCH,
LEO SHARP,
     aka MOOSU,
GEORGE ALLUMS, JR.,
     aka JR.
ARTHUR REGINALD TRAMBLE,
     aka REGGIE,
MICHAEL JEROME FILES,
EDWARD FILES,
     aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
     aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
     aka DONUT,
LEROY LORENZO WILLIAMS,
     aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
     aka FELLA,
JOHN HENRY BROWN,
     aka JOHN HENRY WILLIAMS,
     aka NOODIE,
EDDIE JONES,
DAVID TURNER,
     aka BLIND BUNNY,
ROMULUS RAY RHONE,
     aka SUGAR RHONE,
     aka SUGAR DIXIE,
MICHAEL TURNER,
     aka MALEK,
WILLIE J. JOHNSON, JR.,

knowingly and intentionally did unlawfully possess with intent to distribute approximately three kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIXTY-NINE

On or about April 23, 1997, in the Southern District of Alabama, Northern Division,

CEDRIC MAURICE JONES,
  aka CED,
BRYAN TODD WASHINGTON,
  aka MAFIA,
MICHAEL JEROME FILES,
EDWARD FILES,
  aka EPP,
LAWRENCE EDWARD ENGLAND,
  aka HOPPERGRASS,
MICHAEL OLDS,
WILMER KEITH BRECKENRIDGE,
ROBERT LEWIS PICKINS,
KEEGAN WHITMAN,
THELBERT C. STATEN,
  aka TC,
WILLIE NORFLEET,

knowingly and intentionally did unlawfully possess with intent to distribute approximately four ounces of a mixture and substance containing a detectable amount of cocaine which contains cocaine base, commonly known as crack cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT SEVENTY

On or about April 28, 1997 in the Southern District of Alabama, Northern Division,

GERALD L. JONES,
  aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
  aka CED,
BRYAN TODD WASHINGTON,
  aka MAFIA,
GEORGE EDWARD HOWARD,
GARCILIAS DICKINS,
  aka BUTCH,
LEO SHARP,
  aka MOOSU,
GEORGE ALLUMS, JR.,
  aka JR.
ARTHUR REGINALD TRAMBLE,
  aka REGGIE,
MICHAEL JEROME FILES,

62

EDWARD FILES,
    aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
    aka HOPPERGRASS,
CHRIS LIPSCOMB,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
    aka DONUT,
LEROY LORENZO WILLIAMS,
    aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
    aka FELLA,
JOHN HENRY BROWN,
    aka JOHN HENRY WILLIAMS,
    aka NOODIE,
FREDERICK DARNELL JONES,
    aka PUTT,
EDDIE JONES,
DAVID TURNER,
    aka BLIND BUNNY,
ROMULUS RAY RHONE,
    aka SUGAR RHONE,
    aka SUGAR DIXIE,
MICHAEL TURNER,
    aka MALEK,
WILLIE J. JOHNSON, JR.,

knowingly and intentionally did unlawfully possess with intent to

distribute approximately two kilograms of cocaine, a Schedule II

controlled substance; in violation of Title 21, United States Code,

Section 841(a)(1) and Title 18, United States Code, Section 2.

### COUNT SEVENTY-ONE

On or about May 10, 1997 in the Southern District of Alabama,

Northern Division,

GERALD L. JONES,
    aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
    aka CED,
BRYAN TODD WASHINGTON,
    aka MAFIA,
GEORGE EDWARD HOWARD,
GARCILIAS DICKINS,

```
                         aka BUTCH,
                 LEO SHARP,
                         aka MOOSU,
                 GEORGE ALLUMS, JR.,
                         aka JR.
                 ARTHUR REGINALD TRAMBLE,
                         aka REGGIE,
                 MICHAEL JEROME FILES,
                 EDWARD FILES,
                         aka EPP,
                 ERNEST LEE STROTHER,
                 GEORGE LINDSAY,
                 LAWRENCE EDWARD ENGLAND,
                         aka HOPPERGRASS,
                 CHRIS LIPSCOMB,
                 CHARLES EDWARD ENGLAND,
                 GREGORY ALLEN MASON,
                         aka DONUT,
                 LEROY LORENZO WILLIAMS,
                         aka MOOCHIE,,
                 JOHNNY JAMES WILLIAMS,
                         aka FELLA,
                 JOHN HENRY BROWN,
                         aka JOHN HENRY WILLIAMS,
                         aka NOODIE,
                 EDDIE JONES,
                 DAVID TURNER,
                         aka BLIND BUNNY,
                 ROMULUS RAY RHONE,
                         aka SUGAR RHONE,
                         aka SUGAR DIXIE,
                 MICHAEL TURNER,
                         aka MALEK,
                 WILLIE J. JOHNSON, JR.,
```

knowingly and intentionally did unlawfully possess with intent to distribute approximately a half a kilogram of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVENTY-TWO

On or about May 15, 1997 in the Southern District of Alabama, Northern Division,

```
                 GERALD L. JONES,
```

64

```
                    aka TOMMY,
          DARYL JONES,
          CEDRIC MAURICE JONES,
                    aka CED,
          BRYAN TODD WASHINGTON,
                    aka MAFIA,
          GEORGE EDWARD HOWARD,
          GARCILIAS DICKINS,
                    aka BUTCH,
          LEO SHARP,
                    aka MOOSU,
          GEORGE ALLUMS, JR.,
                    aka JR.
          ARTHUR REGINALD TRAMBLE,
                    aka REGGIE,
          MICHAEL JEROME FILES,
          EDWARD FILES,
                    aka EPP,
          ERNEST LEE STROTHER,
          GEORGE LINDSAY,
          LAWRENCE EDWARD ENGLAND,
                    aka HOPPERGRASS,
          CHRIS LIPSCOMB,
          CHARLES EDWARD ENGLAND,
          GREGORY ALLEN MASON,
                    aka DONUT,
          LEROY LORENZO WILLIAMS,
                    aka MOOCHIE,,
          JOHNNY JAMES WILLIAMS,
                    aka FELLA,
          JOHN HENRY BROWN,
                    aka JOHN HENRY WILLIAMS,
                    aka NOODIE,
          EDDIE JONES,
          DAVID TURNER,
                    aka BLIND BUNNY,
          ROMULUS RAY RHONE,
                    aka SUGAR RHONE,
                    aka SUGAR DIXIE,
          MICHAEL TURNER,
                    aka MALEK,
          WILLIE J. JOHNSON, JR.,
```

knowingly and intentionally did unlawfully possess with intent to distribute approximately four kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVENTY-THREE

65

On or about May 16, 1997, in the Southern District of Alabama, Northern Division,

> **GERALD L. JONES,**
> **aka TOMMY,**
> **CEDRIC MAURICE JONES,**
> **aka CED,**
> **ADRIAN CUSTARD,**
> **aka ADRIAN JOHNSON,**
> **aka JEFF,**
> **MICHAEL JEROME FILES,**
> **ERNEST LEE STROTHER,**
> **WILMER KEITH BRECKENRIDGE,**
> **aka SONNY,**
> **ROBERT LEWIS PICKINS,**

knowingly and intentionally did unlawfully possess with intent to distribute approximately ten pounds of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SEVENTY-FOUR</u>

On or about May 29, 1997, in the Southern District of Alabama, Southern Division,

> **DARYL JONES,**

having been convicted as follows:  in the Circuit Court of Perry County, Alabama; Distribution of Cocaine on June 19, 1992, Case Number 89-000107; in the Circuit Court of Bibb County, Alabama, for Possession of controlled substance on April 28, 1992;  which are all felony crimes punishable by imprisonment for terms exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: one 380 automatic Jennings firearm, serial number 623333, manufactured by Bryco Arms, Irvine, California; in violation of Title 18, United States Code, Sections 922(g)(1),

924(e)(1) and Title 18, United States Code, Section 2.

## COUNT SEVENTY-FIVE

In committing the felony offenses alleged in Counts One through Sixty-Eight of this Indictment, which are each punishable by imprisonment for more than one year,

GERALD L. JONES,
aka TOMMY,
DARYL JONES,
CEDRIC MAURICE JONES,
aka CED,
BRYAN TODD WASHINGTON,
aka MAFIA,
GEORGE EDWARD HOWARD,
GARCILIAS DICKINS,
aka BUTCH,
GEORGE ALLUMS, JR.,
aka JR.,
ARTHUR REGINALD TRAMBLE,
aka REGGIE,
MICHAEL JEROME FILES,
EDWARD FILES,
aka EPP,
ERNEST LEE STROTHER,
GEORGE LINDSAY,
LAWRENCE EDWARD ENGLAND,
aka HOPPERGRASS,
CHARLES EDWARD ENGLAND,
GREGORY ALLEN MASON,
aka DONUT,
LEROY LORENZO WILLIAMS,
aka MOOCHIE,,
JOHNNY JAMES WILLIAMS,
aka FELLA,
JOHN HENRY BROWN,
aka JOHN HENRY WILLIAMS,
aka NOODIE,
EDDIE JONES,
WILLIE NORFLEET,
MICHAEL TURNER,
aka MALEK,

the United States is entitled to forfeiture of any property constituting or derived from any proceeds any such defendant obtained, directly or indirectly as the result of such

67

violation(s); and any property of any such defendant used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.    Such property includes but is not necessarily limited to the following:

1.   J. & B Auto Wrecking, including all assets of the business.

2.   Approximately two hundred head of cattle.

Located in Marengo County:

3.   The S1/2 of the N1/2 of NW1/4, Section 33, T 15 N, R 3 E, which lies East of U.S. Highway #43, containing 30 acres, more or less.

4.   The NE1/4 of SW1/4, Section 6, Township 16, Range 4 E, Marengo County, Alabama, and being the same property heretofore conveyed to Estelle Parker under deed dated February 28, 1944, and recorded July 13, 1946, in the Probate Office of Marengo County, Alabama. LESS AND EXCEPT a 5.11 acre tract of land now owned by Edward Lee Jones and Margie Jones under deed dated September 6, 1979, and recorded in Deed Book 7-H, Page 397, Probate Office, Marengo County, Alabama.

5.   E 1/2 of SW 1/4 of NE 1/4, Section 15, Township 16 North, Range 5 East; also seven (7) acres described as commencing at the NW corner of the E 1/2 of the NW 1/4, Section 15, Township 16 North, Range 5 East, thence running due East for a distance of 231 feet to a point; thence due South for a distance of 1,320 feet; thence due West for a distance of 231 feet; thence due North for a distance of 1,320 feet back to the Point of Beginning, being a part of the E 1/2 of the NW 1/4 of the NE 1/4, Section 15, Township 16 North, Range 5 East, Marengo County, Alabama.

6.   East One-half (1/2) of Section 25, Township 17 North, Range 5 East, less and except the following parcel of land: Beginning at an iron pipe at a point formed by the intersection of the southeast margin of Marengo County Road No. 53 with the West line of the E1/2 of Section 25, T17N, R5E, Marengo

68

County, Alabama:   Thence run South 0°35' East
along the West line of said E1/2 of Section 25
for 282.6 feet to an iron pipe; thence run
North 90° 00' East or 1,002.6 feet to an iron
pipe; thence run North 5° 42' East for 956.4
feet to the South margin of Marengo County
Road No. 53; thence run North 88° 54' West
along South margin of said County Road for
444.3 feet to an iron pipe; thence continue a
westerly direction along the South margin of
said County Road for 675.6 feet to a right of
way stone; thence run South 34° 00' West along
the Southeast margin of said County Road for
94.2 feet to the POINT OF BEGINNING.   Said
described property contains 14.0 acres, more
or less and lies in the E1/2 of Section 25, T
17 N, R 5 E, Marengo County, Alabama.

7.    Southeast Quarter (SE 1/4) of Section 24,
      Township 17 North, Range 5 East, containing
      160 acres, more or less.

8.    Beginning at iron stake at the intersection of
      the old road from Thomaston to Dayton with the
      road leading Westward to the County Colored
      Training School, thence running with road
      leading to County Colored Training School
      South 76° West 70 feet to a point, thence in a
      Southerly direction 100 feet, more or less, to
      a point, thence in an Easterly direction 70
      feet, more or less, to the West margin of the
      old Thomaston and Dayton road, thence in a
      Northerly direction along the West margin of
      said road back to the place of beginning,
      situate, lying and being in the County of
      Marengo and State of Alabama and being a
      portion of the property owned by Oscar Shields
      and wife, Elmira Shields, as described in
      paragraph 2 of the description in that certain
      deed recorded in Deed Book 5-V, Page 547,
      Probate Office, Marengo County, Alabama.

9.    A parcel of land located in the Northeast
      Quarter of the Northeast Quarter of Section
      25, Township 17 North, Range 5 East, Marengo
      County, Alabama, containing One (1.0) acre,
      more or less, and being more particularly
      described as follows:
      Commence at the Northeast Corner of said
      Section 25, said point lying on the edge of
      pavement of Marengo County Hwy. No. 53, and 10
      feet south of the centerline; thence run in a

69

southerly direction for a distance of 28.59
feet to a point; thence with a deflection
angle of 90°-00'-00" (RIGHT) run in a westerly
direction for a distance of 19.12 feet to a
fence post, said fence post lying 40 feet
south of the centerline of Hwy. No. 53; thence
with   a deflection angle of 02°-55'-00"
(RIGHT) run in a westerly direction and along
a fence line for a distance of 200.00 feet to
a point; thence with an interior angle of
180°-00'-00" (RIGHT) run in a westerly
direction and along said fence line for a
distance of 208.71 feet to the POINT-OF-
BEGINNING of the property herein described;
thence with an interior angle of 178°-54'-53"
(RIGHT) continue in a westerly direction and
along said fence line for a distance of 206.68
chord feet to a point; thence with an interior
angle  of  88°-10'-07"  (RIGHT)  run  in  a
southerly direction for a distance of 204.79
feet to a point; thence with an interior angle
of  92°-55'-00"  (RIGHT) run in an easterly
direction for a distance of 206.74 feet to a
point; thence with an . . . as continued on
Page 2 marked as Exhibit A to Book 8I at page
159 in the Probate Office of Marengo County,
Alabama.

10.    A parcel of land located in the Northeast
Quarter of the Northeast Quarter of Section
25, Township 17 North, Range 5 East, Marengo
County, Alabama, containing One (1.0) acre,
more or less, and being more particularly
described as follows:

Commence at the Northeast Corner of said
Section 25, said point lying on the edge of
pavement of Marengo County Hwy. No. 53 and 10
feet south of the centerline; thence run in a
southerly direction for a distance of 28.59
feet to a point; thence with a deflection
angle of 90°-00'-00" (RIGHT) run in a westerly
direction for a distance of 19.12 feet to a
fence post, said fence post lying 40 feet
south of the centerline of Hwy. No. 53; thence
with a deflection angle of 02°-55'-00" (RIGHT)
run in a westerly direction and along a fence
line for a distance of 200.00 feet to the
POINT-OF-BEGINNING of the property herein
described; thence with an interior angle of
180°-00'-00" (RIGHT) run in a westerly
direction and along said fence line for a

distance of 208.71 feet to a point; thence with an interior angle of 87°-05'-00" (RIGHT) run in a southerly direction for a distance of 208.71 feet to a point; thence with an interior angle of 92°-55'-00" (RIGHT) run in an easterly direction for a distance of 208.71 feet to a point; thence with an interior angle of 87°-05;-00" (RIGHT) run in a northerly direction for a distance of; as continued on Page 2 marked as Exhibit A to Book 8I at page 159 in the Probate Office of Marengo County, Alabama.

11.    A portion of the NE1/4 of the NE1/4 of Section 31, Township 18 North, Range 3 East, and being more particularly described as follows; Commence at the Northeast corner of said Section 31; thence run westwardly along the Section line 475.86 feet to a point which is the Point of Beginning of the herein described tract; thence continue westwardly along the Section line 158.64 feet to a point on said Section line; thence, with an interior angle right of 90 degrees, 22 minutes run southwardly 356.56 feet to a point; thence, with an interior angle right of 89 degrees, 38 minutes run eastwardly 158.64 feet to a point; thence, with an interior angle right of 90 degrees, 22 minutes run northwardly 356.58 feet to the Point of Beginning; containing 1.3 acres more or less, and being located in the NE1/4 of the NE1/4 of Section 31, Township 18 North, Range 3 East, Marengo County, Alabama.

12.    Lot 16, Block 15, Abbotts Addition to the City of Linden, Marengo County, Alabama.

13.    Beginning at a point in the Northwest corner of Section 24, Township 17 North, Range 5 East thence in a northeasterly direction 235 feet to a point; thence at a southeasterly direction 135 feet to a point; thence in a southwesterly direction 235 feet to a point; thence in a northwesterly direction 185 feet to the Point of Beginning.

Containing 1 acre, more or less. All being in the SE1/4 of Section 24, Township 17 North, Range 5 East.

14. Lots 1, 2, 3, 4, 5, and 6, of Block 21 of the Alex Addition to the Town of Linden, as surveyed in the lots and alleys by Joel D. Jones, Civil Engineer, on February 2, 1946, and shown by map or plat recorded in the Office of Judge of Probate of Marengo County, Alabama, in Deed Book 4-D, at Page 331. LESS AND EXCEPT therefrom the following described lot, to-wit: Beginning at a point located on the South margin of Lot No. 6, Block No. 21, Abbotts Addition to the Town of Linden, Alabama, 118 feet East of the SW Corner of said Lot No. 6, according to map, plan, or survey of said Block No. 21, Abbotts Addition to Linden, Alabama, Block No. 21, Abbotts Addition to Linden, Alabama, thence run East along the South margin of Lot No. 6 a distance of 10 feet, more or less, to a point; thence North on a line parallel with the West margin of Block No. 21, a distance of 78 feet, more or less, to a point on the North line of Lot No. 4 of Block No. 21, Abbotts Addition to Linden, Alabama; thence running West on a line parallel with the South margin of the within conveyed property a distance of 10 feet, more or less, to a point; thence running South on a line parallel with the East boundary of the within conveyed property, a distance of 78 feet, more or less, to the Point of Beginning, being a part of Lots 4, 5, and 6 of Block No. 21, Abbotts Addition to the Town of Linden, Alabama, and being approximately ten (10) feet off the East side of Lots 4, 5, and 6, of Block No. 21.

15. Beginning at a point located on the north margin of Lot No. 14, Block No. 21, Abbott Addition to the Town of Linden, 18 feet west of the northeast corner of said Lot No. 14 as shown by map or plat of said Block 21 of record in the Probate Office, Marengo County, Alabama; thence running South on a line parallel with the east boundary line of said Lot No. 14 a distance of 75 feet, more or less, thence running West on a line parallel with the North margin of Lot No. 14, a distance of 22 feet, more or less, to the southeast corner of Lot No. 3, Block 21; thence running North along the west boundary of a 12 foot alley for a distance of 75 feet, more or less, to the northeast corner of Lot No. 1 of said Block 21; thence running East on

72

a line parallel with the south line of the lot
herein conveyed a distance of 22 feet, more or
less, to the Point of Beginning; being and
intended to describe and convey 10 feet off
the west side of Lot No. 14 and the North half
of that certain 12 foot alley as shown by map
of said Block No. 21, Abbott Addition to
Linden, which alley has been officially closed
and which North half has been heretofore
conveyed to C.G. Glass.

16.  Commence at an iron pipe corner at the
southeast corner of the W 1/2 of SE 1/4 of
Section 34, T 17 N, R 5 E, Marengo County,
Alabama; thence run South 89 degrees 19
minutes West for 1454.11 feet to an iron pipe
corner at the Southwest corner of Lot 2;
thence run North 2 degrees 04 minutes West
along the West line of Lot 2 for 1331.44 feet
to an iron pipe corner at the Southwest corner
of Lot 1; thence run North 31 degrees 53
minutes East for 270 feet to an iron pipe
corner at the point of beginning of the lot
herein described.  Thence from said point of
beginning run North 3 degrees 07 minutes West
for 104.35 feet to an iron pipe corner; thence
run North 86 degrees 53 minutes East for 417.4
feet to an iron pipe corner; thence run South
3 Degrees 07 minutes East for 104.35 feet;
thence run South 86 degrees 53 minutes West
for 417.4 feet to the Point of Beginning.  The
above described lot containing 1.00 acre, and
being a part of Lot 1, of the ROBERT O.
WILLIAMS ESTATE LANDS, lying and being in the
NW 1/4 of SE 1/4 of Section 34, T 17 N, R 5 E,
Marengo County, Alabama.   Said Lot 1 being
shown on map by P.M. Reed in Map Book 3, page
61, Probate Office of Marengo County, Alabama.

17.  Lot Numbered One (1), as shown on the map or
plat of the Robert O. Williams Estate, made by
P.M. Reed on October 26, 1978, and recorded in
the Probate Office of Marengo County, Alabama,
in Map Book 3, at Page 61.

18.  College View Heights S/D Lot 3-6 Block 4
Lot 14-15 Block 4
S12T15N-R4E
size 150' x 230' (s) IRR
City of Thomaston

73

Located in Perry County, Alabama:

19. Lot 54 of the Cedar Hills Estate Subdivision, Second Addition, Uniontown, Alabama, as shown and set forth in map or plat of said subdivision, recorded in Map Book 2, Page 10, Perry County Probate Office. Said map is a revision of the original map or plat of said subdivision. Both maps or plats are hereby incorporated herein by reference as fully and completely as if set out at length herein insofar as they apply to the above-numbered lots.

Subject to restrictive covenants appearing of record in Book 440, Page 743, in the Perry County Probate Office.

Being the same property described in that certain deed from the United States of America, Department of Agricultural, acting by and through the Farmers Home Administration, to Eddie Morris Brown, and Eloise Lacy Brown, husband and wife, dated March 11, 1986, and recorded in the Probate Office of Perry County, Alabama, in Book 509, Page 215.

Together with the dwelling house and all improvements situated thereon.

20. Two (2) acres in the SW Corner of the NE1/4 of NE1/4; Twelve (12) acres South end of NE1/4 of NW1/4; SE1/4 of NW1/4; Four (4) acres NW Corner of NW1/4 of SE1/4; Six (6) acres West Side of SW1/4 of NE1/4 Twelve (12) acres SE Corner of SW1/4 of NW1/4; all lying in Section 30, Township 17, Range 6, Perry County, Alabama, and containing Seventy-Six (76) acres, more or less.

21. Commence at an old iron car axle corner at the northwest corner of Parcel "X" as shown by Map of HOLLIS HILLS SUBDIVISION, recorded in the Probate Office of Perry County, Alabama, in Map Book 2, on Page 15; Surveyed for Thomas R. Long, owner by M.P. Boswell, Reg. L.S. No. 1170, dated June 28th, 1984.

Thence from said point run North zero degrees 32 minutes 26 seconds East for 90 feet to an iron corner at the point of beginning of the lot herein described. Said point being at the

northeast corner of the 0.63 acre lot already owned by Vera Davis;

Thence from said point of beginning run North zero degrees West for 108.34 feet to an iron pipe corner; thence run South 90 degrees West for 138.56 feet to an iron pipe on the east margin of Early Street; thence run South zero degrees East along the east margin of Early Street for 107.31 feet to an iron pipe at the northwest corner of the 0.63 acre lot owned by Vera Davis; thence run South 89 degrees 34 minutes 17 seconds East for 138.56 feet to the point of beginning. The above described lot containing 0.343 acre, lying and being in the SE 1/4 of NE 1/4 of Section 19, T17N, R6E, Perry County, Alabama.

All in accordance with Title 21, United States Code, Section 853.

A TRUE BILL

FOREMAN UNITED STATES GRAND JURY

J. DON FOSTER
UNITED STATES ATTORNEY
by:

Gloria A. Bedwell
Assistant United States Attorney

E. T. Rolison
Assistant United States Attorney
Chief, OCDETF Division                    JUNE, 1997

75

AO 245B (Rev. 8/96) Judgment in a Criminal Case:  Sheet 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

UNITED STATES OF AMERICA
v.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

 **ROBERT LEWIS PICKENS, JR.**

CASE NUMBER: **2:97-00099-032**

THE DEFENDANT:

_____John Brutkiewicz_____
**Defendant's Attorney**

☒    pleaded guilty to count(s) _two of  the superseding indictment_ .
☐    pleaded nolo contendere to count(s) __ which was accepted by the court.
☐    was found guilty on count(s) __ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 21:846 | Conspiracy to possess with intent to distribute crack cocaine. | 5/27/97 | 2si |

The defendant is sentenced as provided in pages 2 through  _6_  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has been found not guilty on count(s) __.
☒    Count(s) _3,13,14,23,24,26,27,28,30,31,33,36,40,43,69 and 73 of the superseding indictment_ are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:**  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
**Defendant's Date of Birth:** 02/26/70
**Defendant's U.S.M. No.:**  06699-003
**Defendant's Residence Address:**
543 County Road 1
Gallion, Alabama 36742
**Defendant's Mailing Address:**
SAME

_____6/22/98_____
Date of Imposition of Judgment

CHARLES R. BUTLER, JR.
UNITED STATES DISTRICT JUDGE

_6/25/98_
Date

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By _Claire Roberts_
Deputy Clerk
Date _10-17-07_

13oo

Judgment 2

AO 245B (Rev. 8/96) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: **PICKENS, ROBERT LEWIS**
Case Number: **2:97-00099-032**

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term of 108 MONTHS** .

☐    <u>Special Conditions:</u>

☒    The court makes the following recommendations to the Bureau of Prisons: **That the defendant be incarcerated at an institution as close as possible to the defendant's family, due to strong family support.**

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ a.m./p.m. on _____.

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____.

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

U.S. DISTRICT COURT
SOU. DIST. ALA.
FILED THIS THE
22nd DAY OF June
1998 JUDGEMENT ENTRY
NO. 6762-A
DEBORAH S. HUNT, CLERK
BY C. Roberts
DEPUTY CLERK

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

<u>UNITED STATES MARSHAL</u>

By_____

Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 8/96) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: **PICKENS, ROBERT LEWIS, JR.**
Case Number: **2:97-00099-032**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __5 YEARS__ .
*For offenses committed on or after September 13, 1994:* The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable)

☒ **The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.** (Check, if applicable)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the prob. officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the prob. officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment 4

AO 245B (Rev. 8/96) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: **PICKENS, ROBERT LEWIS, JR.**
Case Number: **2:97-00099-032**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | $   100.00 | | |

☐   If applicable, restitution amount ordered pursuant to plea agreement.   $

# FINE

The above fine includes costs of incarceration and / or supervision in the amount of _____.

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C.  § 3612(f).  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐   The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

☐    The interest requirement is waived.

☐    The interest requirement is modified as follows:

# RESTITUTION

☐ The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

** If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. (or see attached)

| Name(s) and Address(es) of Payee(s) | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Payment |
|---|---|---|---|
| | | | |
| **TOTALS:** | $ | $ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 5

AO 245B (Rev. 8/96) Judgment in a Criminal Case:  Sheet 5, Part B - Schedule of Payments

Defendant: **PICKENS, ROBERT LEWIS, JR.**
Case Number: **2:97-00099-032**

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

**Payment of the total fine and other criminal monetary penalties shall be due as follows:**

☒    In full immediately; or

☐    $__ immediately, balance due (in accordance with the following); or

☐    not later than __; or

☐    in installments to commence __ days after the date of this judgment.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

☐    in __ (e.g., equal, weekly, monthly, quarterly) installments of $__ over a period of __ year(s) to commence __ days after the date of this judgment.

**The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.**

☐  Special instructions regarding the payment of criminal monetary penalties:

☐    **Joint** and Several:

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall **forfeit** the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

Judgment 6

AO 245B (Rev. 8/96) Judgment in a Criminal Case: Sheet 6 - Statement of Reasons

Defendant : PICKENS, ROBERT LEWIS, JR.
Case Number: 2:97-00099-032

# STATEMENT OF REASONS

☐    The court adopts the factual findings and guideline application in the presentence report.

## OR

☒    The court adopts the factual findings and guideline application in the presentence report **except**:

**1. Drug amounts are supported by the evidence, including statements of other witnesses, and the defendant's testimony in various trials.**

**2. Enhancement for firearm is supported by the evidence, despite the defendant's law enforcement status.**

**3. Enhancement for substantial risk of voluntary injury is supported by the evidence.**

## Guideline Range Determined by the Court:

Total Offense Level: __41__
Criminal History Category: __I__
Imprisonment Range: __324__ to __405__ months
Supervised Release Range: __5__ years
Fine Range: $ __25,000__ to $ __4,000,000__

☒    Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ __0__

☐    Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. §3663(d).

☐    For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐    Partial restitution is ordered for the following reason(s):

## OR

☒    The sentence **departs** from the guideline range:

☒    upon motion of the government, as a result of defendant's substantial assistance, pursuant to 5K1.1.

☒    for the following specific reason(s):  **The government moved for a departure below the statutory, minimum mandatory sentence, pursuant to 18 U. S. C. § 3553(e). After hearing the evidence, the Court finds that the defendant has rendered substantial assistance to the government and grants the government's motions. The sentence imposed follows the plea agreement, addresses the seriousness of the offense and meets the sentencing objectives of deterrence, incapacitation and punishment.**

MAG

# U.S. District Court
## Southern District of Alabama (Selma)
### CRIMINAL DOCKET FOR CASE #: 2:97-cr-00099-CB-M-32
### Internal Use Only

Case title: USA v. Jones, et al

Date Filed: 05/27/1997
Date Terminated: 06/22/1998

Assigned to: Senior Judge Charles R.
Butler, Jr
Referred to: Magistrate Judge Bert W.
Milling, Jr

## Defendant

**Robert Lewis Pickins** (32)
*TERMINATED: 06/22/1998*

represented by **John C. Brutkiewicz**
Brutkiewicz Attorneys
56 S. Conception St.
Mobile, AL 36602
(334) 433-1866
Email: jcb@brutkiewicz.com
*TERMINATED: 06/22/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Robert Lewis Pickins**
Unknown
*TERMINATED: 06/22/1998*
*ATTORNEY TO BE NOTICED*

Certified to be a true and
correct copy of the original.
Charles R. Diard, Jr.
U.S. District Court
Southern District of Alabama
By *Claire Roberts*
Deputy Clerk
Date 10-17-07

## Pending Counts

21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS - CRACK
COCAINE
(2s)

## Disposition

Defendant sentenced to BP for a term of
108 months as to count two of the
isuperseding indictment. SRT 5 years.
SA $100.00

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

21:846=MD.F CONSPIRACY TO
DISTRIBUTE MARIJUANA
(3s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE -
CRACK COCAINE
(13s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
COCAINE
(14s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(23s)

21:841A=MD.F MARIJUANA - SELL,
DISTRIBUTE, OR DISPENSE
(24s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(26s-27s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(28s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(30s-31s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
-CRACK COCAINE
(33s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(36s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(40s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(44s)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE - Crack
Cocaine
(61-62)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE - Crack
Cocaine
(64)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(66ss)

21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS -
ATTEMPT TO POSSESS W/INTENT
TO DIST. CRACK COCAINE
(67ss)

21:841A=MD.F MARIJUANA - SELL,
DISTRIBUTE, OR DISPENSE
(68)

21:841A=ND.F NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE
CRACK COCAINE
(69ss)

21:841A=MD.F MARIJUANA - SELL,
DISTRIBUTE, OR DISPENSE
(73ss)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                             **Disposition**

None

**Claimant**

**Sally McGee**                   represented by **Sally McGee**
                                           23355 County Road 53
                                           Uniontown, AL 36786

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Sally McGee**            represented by   **Sally McGee**
                                                (See above for address)
                                                PRO SE

**Plaintiff**

**United States of America**      represented by   **Charles A. Kandt**
                                                U.S. Attorney's Office
                                                63 S. Royal St., Rm. 600
                                                Mobile, AL 36602
                                                  (334) 441-5845
                                                  Fax: 2514415277
                                                  *TERMINATED: 08/22/2003*

                                                **Donna Barrow Dobbins**
                                                U.S. Attorney's Office
                                                63 S. Royal St., Rm. 600
                                                Mobile, AL 36602
                                                (334) 441-5845
                                                Fax: 2514415277
                                                Email: donna.dobbins@usdoj.gov
                                                *TERMINATED: 08/20/2004*
                                                *ATTORNEY TO BE NOTICED*

                                                **Gloria A. Bedwell**
                                                U.S. Attorney's Office
                                                63 S. Royal St., Rm. 600
                                                Mobile, AL 36602
                                                (334) 441-5845
                                                Fax: 2514415277
                                                Email: gloria.bedwell@usdoj.gov
                                                *TERMINATED: 08/20/2004*
                                                *ATTORNEY TO BE NOTICED*

                                                **Maria E. Murphy**
                                                U.S. Attorney's Office
                                                63 S. Royal St., Rm. 600
                                                Mobile, AL 36602
                                                (334) 441-5845
                                                Fax: 2514415277
                                                Email: maria.murphy@usdoj.gov

*TERMINATED: 08/20/2004*
*ATTORNEY TO BE NOTICED*

**Patricia Nicole Beyer**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(334) 441-5845
Fax: 2514415051
Email: patricia.beyer@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Richard H. Loftin**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(334) 441-5845
Fax: 2514415277
Email: richard.loftin@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Ronald Wise**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(334) 441-5845
Fax: 2514415051
*TERMINATED: 08/20/2004*
*ATTORNEY TO BE NOTICED*

**Steven E. Butler**
U.S. Attorney's Office
63 S. Royal St., Rm. 600
Mobile, AL 36602
(251) 441-5845
Email: steven.butler@usdoj.gov
*ATTORNEY TO BE NOTICED*

**D. Andrew Sigler**
U.S. Attorney's Office
63 S. Royal St., Suite 600
Mobile, AL 36602
251-441-5845
Email: andrew.sigler@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/1997 | | SEE NEXT ENTRY FOR INDICTMENT (cwr) Modified on 08/21/1997 (Entered: 05/30/1997) |
| 05/27/1997 | 1 | INDICTMENT as to Gerald L. Jones (1) count(s) 1, 3-9, 10,11,14-19,21,31,33-35,37-39, 41-60, 61-62, 63, 64, 65, 66-67, 68, 69, Daryl Jones (2) count(s) 1,4-8,10,11,14-19,31,33-35,37-39,41-53, 55-60 , 63, 65, 66-67, 69, Cedric Maurice Jones (3) count(s) 1-3, 9-21, 23-25, 27-69, Bryan Todd Washington (4) count(s) 1,2,15-20, 23-25, 27-53, 55-67, 69, George Edward Howard (5) count(s) 1, 60, 63, 65, 66-67,69, Garcilias Dickins (6) count(s) 1, 14-19, 31, 33-35, 41-53, 55-60, 63, 65-67, 69, Leo Sharp 1, 42-53,55-60,63,65-67 , George Allums (8) count(s) 1, 4, 5, 8, 10, 11, 14-19, 31, 33-53, 37-39, 41-53, 55-60, 63, 65-67, 69, Arthur Reginald Tramble (9) count(s) 1, 10, 11, 14-19, 31, 33-35, 37-39, 41-53, 55-60, 63, 65, 66-67, 69, Michael Jerome Files (10) count(s) 1, 2, 9-20, 23-25, 27-53, 55-67, 66-67, 68, 69, Edward Files (11) 1, 2, 9-20, 23-25, 27-35, 55-67, 69, Ernest Lee Strother (12) count(s) 1, 3, 21, 37-39, 41-60, 60, 63, 65, 66-67, 68, 69, George Lindsay (13) count(s) 1, 37-39, 41-53, 55-60, 63, 65, 66-67, 69, Edward England (14) count(s) 1, 7-19, 23-25, 27-53, 55-67 , Chris Lipscomb (15) count(s) 1, 7, 33-35, 37-39, 41-53, 55-60, 63, 65-67, Charles Edward England (16) count(s) 1, 10, 11, 14-19, 31-39, 41-53, 55-60, 63, 65-67,69, Gregory Allen Mason (17) count(s) 1, 7, 8, 10, 11, 14-19, 31, 33-35, 37-39, 41-53, 58, 59, 60, 63, 65-69 , Leroy Lorenzo Williams (18) 1, 10, 11, 14-19, 31, 33-35, 37-39, 41-53, 58-59, 60, 63, 65, 66-67, 69, Johnny James Williams (19) count(s) 1, 10, 11, 14-19, 31, 33-3, 37-39, 41-53, 55, 58-59, 60, 63, 65, 66-67, 69, John Henry Brown count(s) 1, 4, 5, 7, 8, 10, 14-19, 31, 33-35, 37-39, 41-53, 55, 58-59, 60, 63, 65, 66-67, 69, Frederick Darnell Jones (21) count(s) 1, 3-5, Eddie Jones (22) count(s) 1,4, 5, 7, 8, 10, 11, 14-19, 31, 33-35, 37-39, 41-53, 55, 58-59, 60, 63, 65, 66-67, 69, John L. Fitts(23) count(s) 1, Fritz Gerald Paul(24), count(s) 1, Robert Hosea(25) count(s) 1, David Turner (26) count(s) 1, 37-39, 41-53, 55, 58-59, 60, 65, 66-67, Romulus Ray Rhone (27) count(s)1, 14-19, 31, 33-35, 37-39, 41-53, 55, 58-59, 60, 63, 65, 66-67, Willie J. Johnson (28) count(s) 1, 60, 63, 65, 66-67, Keegan Whitman (29) count(s) 2, 12, 13, 20, 23-25, 27, 28, 30, 32, 40, 61-62, 64, Michael Olds (30) count(s) 2, 12, 13, 20, 23-25, 27-30, 32, 36, 40, 61-62, 64, Wilmer Keith Breckenridge count(s) 2, 3, 12, 13, 20, 23-25, 28, 30, 32, 36, 40, 61-62, 64, Robert Lewis Pickins (32) count(s) 2, 3, 12, 13, 20, 21, 23-25, 27, 28, 30, 32, 36, 61-62, 64, 68, Adrian Custard (33) count(s) 3, 21, 54, 68, Thelbert C. Staten (34) count(s) 3, 13, 32, 36, 40, 61-62, 64 , and Claude Steele, count 2 (Government Attorney Gloria A. Bedwell) (cwr) Modified on 08/21/1997 (Entered: 05/30/1997) |
| 05/27/1997 | 64 | PRAECIPE for Warrant by USA as to Robert Lewis Pickins (cwr) (Entered: 05/30/1997) |

| 05/28/1997 | 65 | Arrest WARRANT issued as to Robert Lewis Pickins () ; given to USM for service (cwr) (Entered: 05/30/1997) |
|---|---|---|
| 05/28/1997 | 149 | SEALED MOTION, referred to Mag. Judge William E. Cassady (cwr) Modified on 08/31/1998 (Entered: 06/03/1997) |
| 05/28/1997 | 150 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele granting [149-1] motion SEALED MOTION to SEAL SEARCH WARRANT AFFIDAVITS (Signed by Magistrate Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 05/29/1997 | 160 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Sealing the applications and affidavits issued 5/29/97 at 12:40 a.m. ( Signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 05/29/1997 | 155 | SEALED DOCUMENT (jlr) (Entered: 03/29/1999) |
| 05/29/1997 | 157 | SEALED DOCUMENT (jlr) Modified on 03/29/1999 (Entered: 03/29/1999) |
| 05/29/1997 | 158 | SEALED DOCUMENT (jlr) (Entered: 03/29/1999) |
| 05/30/1997 | 161 | SEALED APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT (cwr) (Entered: 06/03/1997) |
| 05/30/1997 | 162 | SEALED Seizure Warrant Issued in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, |

| | | |
|---|---|---|
| | | Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 05/30/1997 | 163 | SEALED APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT (cwr) (Entered: 06/03/1997) |
| 05/30/1997 | 164 | SEALED Seizure Warrant Issued in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 05/30/1997 | 433 | APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT - 18 ITEMS OF PERSONAL PROPERTY - placed in red file folder (cwr) (Entered: 07/01/1997) |
| 05/30/1997 | 435 | APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT - approximately 200 head of cattle (cwr) (Entered: 07/01/1997) |
| 05/30/1997 | 436 | Seizure WARRANT issued as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele - APPROXIMATELY 200 HEAD OF CATTLE signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 07/01/1997) |
| 06/01/1997 | 165 | SEALED APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT (cwr) (Entered: 06/03/1997) |
| 06/01/1997 | 166 | SEALED Seizure Warrant Issued in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, |

| | | |
|---|---|---|
| | | Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 06/01/1997 | 167 | ORDER SEALED SEIZURE WARRANT AFFIDAIVTS as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( Signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 06/02/1997 | 168 | SEALED MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele to Amend SEALED SEIZUIRE WARRANT , referred to Mag. Judge William E. Cassady (cwr) (Entered: 06/03/1997) |
| 06/02/1997 | 169 | AMENDED SEALED Seizure Warrant Issued in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 06/02/1997 | 170 | SEALED MOTION , referred to Mag. Judge William E. Cassady (cwr) Modified on 08/31/1998 (Entered: 06/03/1997) |

| | | |
|---|---|---|
| 06/03/1997 | 172 | AMENDED Search Warrant Issued in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) |
| 06/03/1997 | ◑171 | Search Warrant Issued in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele ( signed by Mag. Judge William E. Cassady ) (cwr) (Entered: 06/03/1997) (Entered: 01/30/2004) |
| 06/06/1997 | 266 | USM return filed showing Search Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele on 5/29/97 (Residence - 54 Cedar Estatees, Uniontown) (cwr) (Entered: 06/09/1997) |
| 06/06/1997 | 267 | USM return filed showing Search Warrant Returned Executed as to Robert Lewis Pickins on 5/29/97 (Residence - 542 County Rd., #1, Marengo County) (cwr) Modified on 10/23/2000 (Entered: 06/09/1997) |
| 06/06/1997 | 269 | USM return filed showing Search Warrant Returned Executed on 5/29/97 (Toria's Snack Shop) (cwr) Modified on 03/29/1999 (Entered: 06/09/1997) |
| 06/06/1997 | 276 | USM return filed showing Search Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd |

| | | |
|---|---|---|
| | | Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele on 6/3/97 (Brown & beige mobilehome) (cwr) (Entered: 06/09/1997) |
| 06/06/1997 | 277 | USM return filed showing Seizure Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele on 6/2/97 - CONTENTS OF ACCOUNT NO. 77-007-803, FIRST STATE BANK OF UNIONTOWN (cwr) (Entered: 06/09/1997) |
| 06/06/1997 | 278 | USM return filed showing Seizure Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele on 6/3/97 - CONTENTS OF ACCOUNT NO. 263-380, BANK OF PINE HILL, AL (cwr) (Entered: 06/09/1997) |
| 06/06/1997 | 279 | USM return filed showing Seizure Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, |

| | | |
|---|---|---|
| | | Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele on 6/2/97 (CONTENTS OF ACCOUNT NO. 04009207, COMMUNITY BANK, UNIONTOWN (cwr) (Entered: 06/09/1997) |
| 06/09/1997 | 273 | USM return filed showing Search Warrant Returned Executed on 5/29/97 (two story brick house) (cwr) Modified on 03/29/1999 (Entered: 06/09/1997) |
| 06/09/1997 | 286 | MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele to Extend Time to provide Rule 16 discovery , referred to Mag. Judge Bert W. Milling Jr. (cwr) (Entered: 06/11/1997) |
| 06/09/1997 | 305 | ORDER ON Initial appearance as to Robert Lewis Pickins (Defendant informed of rights.) ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM (cwr) (Entered: 06/16/1997) |
| 06/09/1997 | 306 | ORDER ON ARRAIGNMENT as to Robert Lewis Pickins setting Jury Trial for 8:45 8/4/97 ; Pretrial Motions due on 6/25/97 ; POC with Probation Officer Morris Northcutt on 4:00 ; Pretrial Conference for 11:30 7/16/97 ; ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM (cwr) (Entered: 06/16/1997) |
| 06/09/1997 | 321 | MOTION by USA as to Robert Lewis Pickins to Detain , filed in Open Court before Mag. Judge Bert W. Milling Jr. as to Robert Lewis Pickins (32) (cwr) (Entered: 06/19/1997) |
| 06/11/1997 | 292 | USM return filed showing Warrant Returned Executed as to Robert Lewis Pickins on 6/2/97 (cwr) (Entered: 06/11/1997) |
| 06/13/1997 | 302 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele granting [286-1] motion to Extend Time to provide Rule 16 discovery as to all defts. - Rule 16 discovery deadline extended to 6/13/97; , reset Motion Filing deadline to 6/30/97 for Gerald L. Jones, for Daryl Jones, for |

| | | Cedric Maurice Jones, for Bryan Todd Washington, for George Edward Howard, for Garcilias for Leo Sharp, for George Allums Jr., for Arthur Reginald Tramble, for Michael Jerome Files, for Edward Files, for Ernest Lee Strother, for George Lindsay, for Lawrence Edward England, for Chris Lipscomb, for Charles Edward England, for Gregory Allen Mason, for Leroy Lorenzo Williams, for Johnny James Williams, for John Henry Brown, for Frederick Darnell Jones, for Eddie Jones, for John L. Fitts, for Fritz Gerald Paul, for Robert Hosea, for David Turner, for Romulus Ray Rhone, for Willie J. Johnson Jr., for Keegan Whitman, for Michael Olds, for Wilmer Keith Breckenridge, for Robert Lewis Pickins, for Adrian Custard, for Thelbert C. Staten, for Claude Steele ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Defts Attys; P/T, Prob. and USM (cwr) (Entered: 06/13/1997) |
|---|---|---|
| 06/16/1997 | | (Court only) **Added for Robert Lewis Pickins Attorney John C. Brutkiewicz (cwr) (Entered: 06/16/1997) |
| 06/18/1997 | 322 | ORDER OF DETENTION as to Robert Lewis Pickins granting [321-1] motion to Detain as to Robert Lewis Pickins (32) ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM (cwr) (Entered: 06/19/1997) |
| 06/18/1997 | 324 | Text not available. (Entered: 06/20/1997) |
| 06/18/1997 | 324 | SUPERSEDING INDCITMENT as to GERALD L. JONES, count(s) 1, 3-8, 10, 11, 15-22, 24, 34, 35, 37-39, 41-43, 45-51, 53-65, 68, 70-73, 75; DARYL JONES, count(s) 1, 4, 5, 7, 8, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 74, 75; CEDRIC JONES, count(s) 1-3, 9-24, 26-28, 30-73, 75; BRYAN TODD WASHINGTON, count(s) 1, 2, 18-23, 26-28, 30-51, 53-58, 60-72, 75; GEORGE EDWARD HOWARD, count(s) 1, 65, 68, 70, 71, 72, 75; GARCILIAS DICKINS, count(s) 1, 15-22, 34, 35-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; LEO SHARP, count(s) 1, 46-51, 53-58, 60-65, 68, 70-72; GEORGE ALLUMS, JR., count(s) 1, 4, 5, 7, 8, 10, 11, 15-22, 34, 35, 38, 39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; ARTHUR R. TRAMBLE, count(s) 1, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75, MICHAEL JEROME FILES, count(s) 1-3, 9-33, 35, 59, 65-73, 75; EDWARD FILES count(s) 1, 2, 9-23, 26-28, 30-51, 53-58, 60-72, 75; ERNEST LEE STROTHER, count(s) 1, 3,24, 34, 41-43, 45-51, 53-58, 61-65, 70-73,75 GEORGE LINDSAY count(s) 1, 34, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; LAWRENCE EDWARD ENGLAND, count(s) 1, 2, 7-23, 26-28, 30-51, 53-58, 60-72, 75; CHRIS LIPSCOMB count(s) 1, 7, 34, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72; CHARLES EDWARD ENGLAND count(s) 1, 10, 11, 15-22, 34, 35, 37-43, 45-51, 53-58, 60-65, 68, 70-72, 75; GREGORY ALLEN MASON count(s) 1, 7, 8, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; LEROY LORENZO WILLIAMS count(s) 1, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; JOHNNY JAMES WILLIAMS count(s) 1, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, |

| | | |
|---|---|---|
| | | 70-72, 75; JOHN HENRY BROWN count(s) 1, 5, 8, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; FREDERICK DANIEL JONES count(s) 1, 3, 5, 4, 70; EDDIE JONES count(s) 1, 4, 5, 7, 8, 10, 11, 15-22, 34, 35, 37-39, 41-43, 45-51, 53-58, 60-65, 68, 70-72, 75; JOHN L. FITTS count(s) 1; FRITZ GERALD PAUL count(s) 1; ROBERT HOSEA count(s) 1; DAVID TURNER count(s) 1; DAVID TURNER count(s) 1, 34, 41-43, 45-51, 53-58, 60-65, 68, 70-72; ROMULUS RAY RHONE count(s) 1, 15-22, 34, 35, 37-39, 40-43, 45-51, 53-58, 60-65, 68, 70-72; WILLIE J. JOHNSON, JR. count(s) 1, 63-65, 68, 70-72; KEEGAN WHITMAN count(s) 2, 13, 14, 23, 26-28, 30, 31, 33, 36, 40, 44, 66, 67, 69; MICHAEL OLDS count(s) 2, 13, 14, 23, 26-28, 30-33, 36, 40, 44, 66, 67, 69; WILMER KEITH BRECKENRIDGE count(s) 2, 3, 13, 14, 23, 24, 26-28, 30, 31, 33, 36, 40, 44, 66, 67, 69, 73; ROBERT LEWIS PICKINS count(s) 2, 3, 13, 14, 23. 24, 26-28, 30, 31, 33, 36, 40, 44, 66, 67, 69, 73; ADRIAN CUSTARD count(s) 3, 24, 59, 73; THELBERT C. STATEN count(s) 2, 14, 36, 40, 44, 66, 67, 69; CLAUDE STEELE count(s) 2; (cwr) Modified on 08/25/1997 (Entered: 06/20/1997) |
| 06/19/1997 | | Deadline updated as to Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, set Arraignment for 3:00 6/25/97 before MJ Milling (cwr) (Entered: 06/19/1997) |
| 06/19/1997 | 325 | USM return filed showing Seizure Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 6/5/97 - 18 ITEMS OF PERSONAL PROPERTY (cwr) (Entered: 06/20/1997) |
| 06/19/1997 | 326 | USM return filed showing Seizure Warrant Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 5/30/97 - APPROXIMATELY 200 |

| | | |
|---|---|---|
| | | HEAD OF CATTLE LOCATED IN MARENGO COUNTY AND PERRY COUNTY, ALABAMA (cwr) (Entered: 06/20/1997) |
| 06/19/1997 | 327 | MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner FOR ORDER OF INTERLOCUTORY SALE , referred to Chief Judge Charles Butler Jr. as to Gerald L. Jones (1), Daryl Jones (2), Cedric Maurice Jones (3), Bryan Todd Washington (4), George Edward Howard (5), Garcilias Dickins (6), Leo Sharp (7), George Allums (8), Arthur Reginald Tramble (9), Michael Jerome Files (10), Edward Files (11), Ernest Lee Strother (12), George Lindsay (13), Lawrence Edward England (14), Chris Lipscomb (15), Charles Edward England (16), Gregory Allen Mason (17), Leroy Lorenzo Williams (18), Johnny James Williams (19), John Henry Brown (20), Frederick Darnell Jones (21), Eddie Jones (22), John L. Fitts (23), Fritz Gerald Paul (24), Robert Hosea (25), David Turner (26), Romulus Ray Rhone (27), Willie J. Johnson (28), Keegan Whitman (29), Michael Olds (30), Wilmer Keith Breckenridge (31), Robert Lewis Pickins (32), Adrian Custard (33), Thelbert C. Staten (34), Claude Steele (35), Willie Norfleet (36), Michael Turner (37) (cwr) (Entered: 06/20/1997) |
| 06/20/1997 | 354 | USM return filed showing USM Form 285 Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 5/30/97 (200 head of cattle seized) (cwr) (Entered: 06/20/1997) |
| 06/23/1997 | 355 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry |

| | | |
|---|---|---|
| | | Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner granting [327-1] motion FOR ORDER OF INTERLOCUTORY SALE;( signed by Chief Judge Charles R. Butler Jr. ) Copy to U.S. Atty. and to Deft's Attys. (cwr) (Entered: 06/23/1997) |
| 06/25/1997 | 398 | ORDER ON ARRAIGNMENT ON SUPERSEDING INDICTMENT as to Robert Lewis Pickins setting Pretrial Motions due on 7/11/97 for Robert Lewis Pickins ; Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Deft's Atty., Deft., P/T, Prob. and USM (cwr) (Entered: 06/27/1997) |
| 06/27/1997 | 423 | USM return filed showing USM 285 Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 6/26/97 (Motion for interlocutory sale) (cwr) (Entered: 06/30/1997) |
| 06/27/1997 | 424 | MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Lee Strother, George Lindsay, Lawrence Edward England, Lipscomb, Charles Edward England, Gregory Allen Mason, Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to Extend Time TO PROVIDE DISCOVERY , referred to Mag. Judge Bert W. Milling Jr. (cwr) (Entered: 06/30/1997) |
| 06/27/1997 | 425 | MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, |

| | | |
|---|---|---|
| | | Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to Extend Time to PROVIDE GIGLIO MATERIAL , referred to Mag. Judge Bert W. Milling Jr. (cwr) Modified on 03/25/1999 (Entered: 06/30/1997) |
| 07/01/1997 | 475 | SECOND MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Lee Strother, George Lindsay, Lawrence Edward England, Lipscomb, Charles Edward England, Gregory Allen Mason, Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to Extend Time for discovery , referred to Mag. Judge Bert W. Milling Jr. as to Gerald L. Jones (1), Daryl Jones (2), Cedric Maurice Jones (3), Bryan Todd Washington (4), George Edward Howard (5), Garcilias Dickins (6), Leo Sharp (7), George Allums (8), Arthur Reginald Tramble (9), Michael Jerome Files (10), Edward Files (11), Ernest Lee Strother (12), George Lindsay (13), Lawrence Edward England (14), Chris Lipscomb (15), Charles Edward England (16), Gregory Allen Mason (17), Leroy Lorenzo Williams (18), Johnny James Williams (19), John Henry Brown (20), Frederick Darnell Jones (21), Eddie Jones (22), John L. Fitts (23), Fritz Gerald Paul (24), Robert Hosea (25), David Turner (26), Romulus Ray Rhone (27), Willie J. Johnson (28), Keegan Whitman (29), Michael Olds (30), Wilmer Keith Breckenridge (31), Robert Lewis Pickins (32), Adrian Custard (33), Thelbert C. Staten (34), Claude Steele (35), Willie Norfleet (36), Michael Turner (37) (cwr) (Entered: 07/08/1997) |
| 07/02/1997 | 444 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner granting [425-1] motion to Extend Time to PROVIDE GIGLIO MATERIAL , granting [424-1] motion to Extend Time TO PROVIDE DISCOVERY , set deadline for 8/4/97 (jury selection) to provide Giglio to Defts. ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Deft's Attys (cwr) (Entered: 07/03/1997) |

| 07/02/1997 | 445 | ORDER as to Robert Lewis Pickins, Thelbert C. Staten, court finds no conflict of interest at this time pursuant to Rule 44(c); counsel will immediately notify the court if situation changes ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Defts' attys. (cwr) (Entered: 07/03/1997) |
|---|---|---|
| 07/07/1997 | 472 | USM return filed showing USM 285 Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 6/26/97 - MOTION FOR INTERLOCUTORY SALE SERVED ON JOYCE JONES GLOVER (cwr) (Entered: 07/08/1997) |
| 07/07/1997 | 473 | USM return filed showing USM 285 Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 6/26/97 - MOTION FOR INTERLOCUTORY SALE SERVED ON VIOLA N. JONES (cwr) (Entered: 07/08/1997) |
| 07/07/1997 | 474 | USM return filed showing USM 285 Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 6/26/97 - MOTION AND MEMO IN SUPPORT OF ORDER OF INTERLOCUTORY SALE AND ORDER |

| | | |
|---|---|---|
| | | SERVED ON BRENDA SEALY (cwr) (Entered: 07/08/1997) |
| 07/08/1997 | | (Court only) **Reset last document number to 489 (cwr) (Entered: 07/08/1997) |
| 07/10/1997 | 517 | ORDER entered by Magistrate Judge Bert W. Milling, Jr., - Govt's 3rd motion for extensionof time for discovery (doc. 475) was GRANTED IN PART and DENIED IN PART - extended to 7-10-97 as set out in order; w/respect to production of Giglio, the motion was DENIED and the Govt. was ordered to produce Giglio NLT 7/15/97; w/respect to Gigilio materials on confidential informant, the courts order of 7/2/97 remains unchanged; Deft Lorenzo Williams' 2nd motion to file additional motions was GRANTED IN PART and DENIED IN PART. The time by which Defts' may file pretrial motions is EXTENDED to July 18, 1997; all other motions are to be filed NLT 7/11/97; Deft. L. L. Williams motion to compel (Doc. 455) was GRANTED and the govt. ordered to notify each deft. what evidence will be presented against the Deft. in its case in chief NLT 7/15/97; govt. is also to identify for each deft. those documents which pertain and/or relate to each deft. NLT 7/15/97; Deft. L. L. Williams motion to seal (Doc. 457) was GRANED; govt. was ordered to respond to sealed motion (Doc. 458) for exculpatory materials NLT 7/15/97; govt's response to be to the Court, SEALED, for review by the court; Deft. L. L. Willimas motion to suppress (Doc. 460), is now MOOT in light of the govt's response; Govt. will inform Court at the time for p/t conferences which assistant U.S. Atty. will try which of the Uniontown actions; Copy to U.S. Atty. and to all attys. (cwr) Modified on 07/11/1997 (Entered: 07/11/1997) |
| 07/15/1997 | 595 | RESPONSE by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to [517-1] order w/witness list attached. Ref. to M/Milling (cwr) (Entered: 07/16/1997) |
| 07/15/1997 | 603 | MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, |

| | | |
|---|---|---|
| | | Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to Dismiss from ct. 69, the forfeiture ct., the property described as S1/2 of the N1/2 of NW1/4, Sec. 33, T 15 N, R 3 E, etc., entited to Daryl Jones; this Daryl Jones is not the same party as named in indictment , referred to Chief Judge Charles Butler Jr. as to Gerald L. Jones (1), Daryl Jones (2), Cedric Maurice Jones (3), Bryan Todd Washington (4), George Edward Howard (5), Garcilias Dickins (6), Leo Sharp (7), George Allums (8), Arthur Reginald Tramble (9), Michael Jerome Files (10), Edward Files (11), Ernest Lee Strother (12), George Lindsay (13), Lawrence Edward England (14), Chris Lipscomb (15), Charles Edward England (16), Gregory Allen Mason (17), Leroy Lorenzo Williams (18), Johnny James Williams (19), John Henry Brown (20), Frederick Darnell Jones (21), Eddie Jones (22), John L. Fitts (23), Fritz Gerald Paul (24), Robert Hosea (25), David Turner (26), Romulus Ray Rhone (27), Willie J. Johnson (28), Keegan Whitman (29), Michael Olds (30), Wilmer Keith Breckenridge (31), Robert Lewis Pickins (32), Adrian Custard (33), Thelbert C. Staten (34), Claude Steele (35), Willie Norfleet (36), Michael Turner (37) (cwr) (Entered: 07/17/1997) |
| 07/16/1997 | 599 | ORDER as to Robert Lewis Pickins, set Change of Plea Hearing for 2:00 7/28/97 for Robert Lewis Pickins before Chief Judge Charles Butler Jr. , USM directed to produce Deft. for plea terminated P/T Conf. deadlines ( Signed by Mag. Judge Bert W. Milling Jr. ) Copy to U.S. Atty., Deft's Atty., Deft, P/T, Prob. and USM (cwr) (Entered: 07/16/1997) |
| 07/16/1997 | 607 | MOTION by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner for Reconsideration of [517-1] order , UNDER SEAL referred to Mag. Judge Bert W. Milling Jr. (cwr) (Entered: 07/17/1997) |
| 07/21/1997 | 627 | RESPONSE by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, |

| | | |
|---|---|---|
| | | Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner re [617-1] motion to Sever, [589-1] motion to Sever, [570-1] motion to Sever, [563-1] motion to Sever deft., [503-1] motion to Sever, [459-1] motion to Sever; Ref. to J/Butler (cwr) (Entered: 07/22/1997) |
| 07/23/1997 | 694 | PETITION by USA for Writ of Habeas Corpus ad Testificandum as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner - PLACED IN FOLE FOLDER OF DEFT. NO. 1 (Gerald Jones) (cwr) (Entered: 07/25/1997) |
| 07/23/1997 | 695 | PETITION by USA for Writ of Habeas Corpus ad Testificandum as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner - PLACED IN FILE FOLDER OF DEFT. # 1 (Gerald Jones) (cwr) (Entered: 07/25/1997) |
| 07/24/1997 | 696 | WRIT of Habeas Corpus ad Testificandum issued for Eric Walker for 7/30/97 in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner ( signed by Mag. Judge William H. Steele ) - Original and 2 cert. copies to USM for service - PLACED IN FILE FOLDER OF DEFT. NO. 1 - Gerald Jones (cwr) Modified on 08/16/2000 |

| | | |
|---|---|---|
| | | (Entered: 07/25/1997) |
| 07/24/1997 | 697 | WRIT of Habeas Corpus ad Testificandum issued for Billy Treadwell for 7/30/97 in case as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner ( signed by Mag. Judge William H. Steele ) Original and 2 cert. copies to USM for service - PLACED IN FILE OF DEFT. NO. 1 - Gerald Jones (cwr) Modified on 07/25/1997 (Entered: 07/25/1997) |
| 07/25/1997 | 700 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner, set Pretrial Conference for 1:00 7/30/97 for Gerald L. Jones, for Daryl Jones, for Cedric Maurice Jones, for Bryan Todd Washington, for George Edward Howard, for Garcilias Dickins, for Leo Sharp, for George Allums Jr., for Arthur Reginald Tramble, for Michael Jerome Files, for Edward Files, for Ernest Lee Strother, for George Lindsay, for Lawrence Edward England, for Chris Lipscomb, for Charles Edward England, for Gregory Allen Mason, for Leroy Lorenzo Williams, for Johnny James Williams, for John Henry Brown, for Frederick Darnell Jones, for Eddie Jones, for John L. Fitts, for Fritz Gerald Paul, for Robert Hosea, for David Turner, for Romulus Ray Rhone, for Willie J. Johnson Jr., for Keegan Whitman, for Michael Olds, for Wilmer Keith Breckenridge, for Robert Lewis Pickins, for Adrian Custard, for Thelbert C. Staten, for Claude Steele, for Willie Norfleet, for Michael Turner ( Signed by Chief Judge Charles Butler Jr. ) Copy to U.S. Atty., Defts' attys., P/T, Prob. and USM (cwr) (Entered: 07/25/1997) |
| 07/25/1997 | | (Court only) **Reset last document number to 710 (cwr) (Entered: 07/28/1997) |
| 07/28/1997 | 727 | SEALED MOTION , referred to Mag. Judge Bert W. Milling Jr. (cwr) Modified on 08/31/1998 (Entered: 07/28/1997) |

| | | |
|---|---|---|
| 07/28/1997 | 735 | SEALED DOCUMENT (cwr) Modified on 08/31/1998 (Entered: 07/29/1997) |
| 07/28/1997 | | Change of Plea Hearing as to Cedric Maurice Jones, Charles Edward England, Fritz Gerald Paul, David Turner, Robert Lewis Pickins held before Chief Judge Charles Butler Jr. Court Reporter: Eddie Howard (cwr) (Entered: 07/31/1997) |
| 07/28/1997 | 766 | Plea Agreement as to Robert Lewis Pickins filed in Open Court; copy to U.S. Atty. and to Prob. (cwr) (Entered: 07/31/1997) |
| 07/28/1997 | 767 | ORDER ON GUILTY PLEA as to Robert Lewis Pickins Guilty: Robert Lewis Pickins (32) count(s) 2s sentence set on 8:30 11/19/97 for Robert Lewis Pickins before Chief Judge Charles Butler Jr.; copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM (cwr) (Entered: 07/31/1997) |
| 07/29/1997 | 737 | NOTICE OF RULING as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner - the Govt's response to court's order and motion for reconsideration was endorsed GRANTED AS TO RECONSIDERATION; AFTER RECONSIDERATION, ORDERED TO DISCLOSE NLT 8-1-97 BY FAX OR HAND DELIVERY signed by Mag. Judge Bert W. Milling Jr. Copy to U.S. Atty. and to all Deft's Attys. (cwr) (Entered: 07/29/1997) |
| 07/31/1997 | 769 | RESPONSE by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to oral order of 7/30/97; Ref. to J/Butler (cwr) (Entered: 07/31/1997) |
| 08/01/1997 | 779 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward |

| | | |
|---|---|---|
| | | England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner, Dividing the case into 3 groups for trials; trials 1 and 2 in Augs. and trial 3 in Sept. ( Signed by Chief Judge Charles Butler Jr. ) Copy to U.S. Atty., Deft's Atys., P/T, Prob. and USM (cwr) (Entered: 08/01/1997) |
| 08/01/1997 | 782 | Voir Dire Questions by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner (cwr) (Entered: 08/01/1997) |
| 08/01/1997 | 792 | Voir Dire Questions by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner (jal) (Entered: 08/05/1997) |
| 08/06/1997 | | MOTION in open court by Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to obtain jury venire from district-at-large at P/T Conf. with J/Butler (mpp) (Entered: 08/07/1997) |

| 08/06/1997 | 796 | ORDER as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner DENYING [0-0] oral motion to obtain jury venire from district-at-large as to all defts. and DENYING [794-1] motion to Change Venue as to Eddie Jones, DENYING [793-1] motion to Change Venue as to Leroy Lorenzo Williams, DENYING [564-1] motion to Change Venue as to David Turner, DENYING [442-1] motion to Change Venue as to Edward Files, DENYING [686-1] motion to Suppress wiretap evidence as to Eddie Jones, DENYING [681-1] motion to Suppress wiretap evidence as to Darryl Jones, DENYING [616-1] motion to Suppress wiretap evidence as to George Allums, DENYING [635-1] motion to Suppress wiretap evidence as to Daryl Jones, DENYING [630-1] motion to Suppress wiretap evidence as to Gerald L. Jones, DENYING [615-1] motion to Suppress wiretap evidence as to Leroy Lorenzo Williams ( Signed by Chief Judge Charles Butler Jr. ) copies to all counsel of record (mpp) (Entered: 08/07/1997) |
| 08/06/1997 | 807 | RESPONSE by USA as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner to court's order that USA provide to the dfts. the witnesses it expects to call on Thur. & Friday (trial) (mpp) (Entered: 08/08/1997) |
| 08/07/1997 | | (Court only) **Reset last document number to 806 (jal) (Entered: 08/07/1997) |
| 08/08/1997 | | (Court only) **Terminated documents per order at Doc. 796 : [753-1] motion to Sever as to Edward Files (11), terminating motion to Sever as to Johnny James Williams (19), terminating [688-1] motion to Sever as to Eddie Jones (22), terminating [617-1] motion to Sever as to George Allums terminating [589-1] motion to Sever as to Ernest Lee Strother (12), terminating [570-1] motion to Sever as to Romulus Ray Rhone (27), terminating [563-1] motion to Sever deft. as to David Turner (26), |

| | | |
|---|---|---|
| | | terminating [503-1] motion Sever as to Arthur Reginald Tramble (9), terminating motion to Sever as to Leroy Williams (18) (mpp) Modified on 08/08/1997 (Entered: 08/08/1997) |
| 08/21/1997 | | (Court only) **Terminated document(s) as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner : (admin) (Entered: 08/21/1997) |
| 08/25/1997 | 850 | USM return filed showing USM Form 285 Returned Executed as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner on 7/9/97 showing sale of approximately 200 head of cattle (cwr) (Entered: 08/25/1997) |
| 09/10/1997 | | (Court only) **Terminated document(s) as to Gerald L. Jones, Daryl Jones, Cedric Maurice Jones, Bryan Todd Washington, George Edward Howard, Garcilias Dickins, Leo Sharp, George Allums Jr., Arthur Reginald Tramble, Michael Jerome Files, Edward Files, Ernest Lee Strother, George Lindsay, Lawrence Edward England, Chris Lipscomb, Charles Edward England, Gregory Allen Mason, Leroy Lorenzo Williams, Johnny James Williams, John Henry Brown, Frederick Darnell Jones, Eddie Jones, John L. Fitts, Fritz Gerald Paul, Robert Hosea, David Turner, Romulus Ray Rhone, Willie J. Johnson Jr., Keegan Whitman, Michael Olds, Wilmer Keith Breckenridge, Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet, Michael Turner : [848-1] motion for discovery of gj testimony of Agent Tony Calderaro as to Claude Steele (35), [860-1] motion for Judgment of Acquittal as to John Henry Brown (20), [731-1] motion to Produce as to Arthur Reginald Tramble (9), [698-1] motion to Dismiss as to Thelbert C. Staten (34), [721-1] motion for Protective Order as to Wilmer Keith Breckenridge (31), [680-1] motion for Leave to File motion out of time as to Wilmer Keith Breckenridge (31), [593-1] motion for Disclosure of testimony to be |

| | | |
|---|---|---|
| | | used under Rules 702,703 or 705 as to Thelbert C. Staten (34), [533-1] motion to Suppress evidence as to Claude Steele (35), [532-1] motion to Suppress statements as to Claude Steele (35), [584-1] motion for Disclosure of intent to use Rule 16 evidence as to Wilmer Keith Breckenridge (31), [582-1] motion for 404(b) evidence as to Wilmer Keith Breckenridge (31), [581-1] motion to Extend Time to file motion to suppress evidence as to Wilmer Keith Breckenridge (31), [580-2] motion for Return of Property - Pretrial as to Wilmer Keith Breckenridge (31), [571-1] motion in Limine as to Romulus Ray Rhone (27), [561-1] motion to Compel the govt. to disclose favorable evidence as to Gregory Allen Mason (17), [559-1] motion for Disclosure of intent to use 404b evidence as to Gregory Allen Mason (17), [558-1] motion for Brady material as to Gregory Allen Mason (17), [556-1] motion for Bill of Particulars as to Gregory Allen Mason (17), [555-1] motion for Disclosure of discovery relevant to deft. as to Gregory Allen Mason (17), [554-1] motion to Extend Time to file p/t motions as to Lawrence Edward England (14), [513-1] motion to Extend Time to file motions as to Arthur Reginald Tramble (9), [512-1] motion for Jencks act material as to Arthur Reginald Tramble (9), [511-1] motion for Bill of Particulars as to Arthur Reginald Tramble (9), [510-1] motion to Compel compliance w/Fed.R.Crim.P. 12(d) as to Arthur Reginald Tramble (9), [508-1] motion for 404(b) evidence as to Arthur Reginald Tramble (9), [507-1] motion for Brady material as to Arthur Reginald Tramble (9), [506-1] motion for Preservation of notes as to Arthur Reginald Tramble (9), [505-1] motion for Disclosure of informant/witnesses and for equal access for interview as to Arthur Reginald Tramble (9), [504-1] motion for Exculpatory evidence as to Arthur Reginald Tramble (9), [502-1] motion in Limine as to Arthur Reginald Tramble (9), [499-1] motion to obtain district-at-large jury venire as to Leroy Lorenzo Williams (18) (cwr) (Entered: 09/10/1997) |
| 09/22/1997 | | (Court only) **Terminated document(s) terminating [900-1] motion to Dismiss counts 11, 21, 49, 50, 51, 54, 55, 56, 57; Withdrawn by government in open court; (mjn) (Entered: 09/22/1997) |
| 09/23/1997 | | (Court only) **Reset last document number to 903 (jal) (Entered: 09/23/1997) |
| 09/23/1997 | | (Court only) **Reset last document number to 903 (jal) (Entered: 09/23/1997) |
| 10/23/1997 | | (Court only) **Reset last document number to 946 (cwr) (Entered: 10/23/1997) |
| 10/28/1997 | 950 | POSITION of Robert Lewis Pickins regarding sentencing factors (cwr) (Entered: 10/29/1997) |
| 11/05/1997 | 959 | MOTION by USA as to Robert Lewis Pickins to Continue sentencing Referred to Chief Judge Charles Butler Jr. (mpp) (Entered: 11/06/1997) |
| 11/07/1997 | | COPIES of R40 docs. to Prb,P/T,USM,USA (mpp) (Entered: 11/10/1997) |

| 11/07/1997 | 965 | ORDER as to Robert Lewis Pickins GRANTING [959-1] motion to Continue sentencing RESET Sentencing for 8:30 1/26/98 for Robert Lewis Pickins before Chief Judge Charles Butler Jr. ( Signed by Chief Judge Charles Butler Jr. ) copies to counsel,prb,p/t,USM,dft (mpp) (Entered: 11/10/1997) |
| --- | --- | --- |
| 01/07/1998 | | (Court only) **Reset last document number to 1069 (cwr) (Entered: 01/07/1998) |
| 01/07/1998 | | Motion hearing re: [1047-1] motion for New Trial Motion hearing held; Hearing to be rescheduled when new counsel is appointed; Attorney, Ed Tibbetts' oral motion to withdraw is GRANTED; Court Reporter: Debbie Murphy (mjn) (Entered: 01/09/1998) |
| 01/22/1998 | | (Court only) **Reset last document number to 1100 (cwr) (Entered: 01/22/1998) |
| 01/22/1998 | 1103 | MOTION by USA as to Robert Lewis Pickins to Postpone Sentencing , referred to Chief Judge Charles Butler Jr. as to Robert Lewis Pickins (32) (cwr) (Entered: 01/22/1998) |
| 01/22/1998 | | Motion hearing re: [1074-1] motion to set Bond pending sentencing at 10:00 1/30/98 & order to produce issued to USM for def; (mjn) (Entered: 01/22/1998) |
| 01/22/1998 | 1107 | ORDER as to Robert Lewis Pickins granting [1103-1] motion to Postpone Sentencing as to Robert Lewis Pickins (32), reset Sentencing for 8:30 4/7/98 for Robert Lewis Pickins before Chief Judge Charles Butler Jr. ( Signed by Chief Judge Charles Butler Jr. ) copy to U.S. Atty., Deft's Atty., P/T, Prob. and USM (cwr) (Entered: 01/22/1998) |
| 03/27/1998 | | (Court only) **Reset last document number to 1194 (cwr) (Entered: 03/27/1998) |
| 03/31/1998 | | (Court only) **Reset last document number to 1198 (dktclerk) (Entered: 03/31/1998) |
| 04/01/1998 | 1202 | MOTION by USA as to Robert Lewis Pickins to Postpone Sentencing , referred to Chief Judge Charles Butler Jr. as to Robert Lewis Pickins (32) (cwr) (Entered: 04/02/1998) |
| 04/06/1998 | 1206 | ORDER as to Robert Lewis Pickins granting [1202-1] motion to Postpone Sentencing as to Robert Lewis Pickins (32), reset Sentencing for 8:30 6/17/98 for Robert Lewis Pickins before Chief Judge Charles Butler Jr. ( Signed by Chief Judge Charles Butler Jr. ) Copy to U.S. Atty., Deft's Atty., P/T, Prob., Deft. and USM (cwr) (Entered: 04/06/1998) |
| 04/17/1998 | 1217 | MOTION by USA as to Robert Lewis Pickins to Postpone Sentencing , referred to Chief Judge Charles Butler Jr. as to Robert Lewis Pickins (32) (cwr) (Entered: 04/17/1998) |
| 05/19/1998 | 1243 | MOTION by USA as to Robert Lewis Pickins to Postpone Sentencing , referred to Chief Judge Charles Butler Jr. as to Robert Lewis Pickins (32) |

| | | |
|---|---|---|
| | | (cwr) (Entered: 05/20/1998) |
| 05/21/1998 | 1254 | ORDER as to Robert Lewis Pickins granting [1243-1] motion to Postpone Sentencing as to Robert Lewis Pickins (32), reset Sentencing for 8:30 6/22/98 for Robert Lewis Pickins before Chief Judge Charles Butler Jr. ( Signed by Chief Judge Charles Butler Jr. ) copy to U.S. Atty., Deft's Atty., Deft., P/T, Prob. and USM (cwr) (Entered: 05/26/1998) |
| 06/22/1998 | | Sentencing Hearing as to Robert Lewis Pickins held Court Reporter: Eddie Howard (adk) (Entered: 06/22/1998) |
| 06/22/1998 | 1300 | JUDGMENT Robert Lewis Pickins (32) count(s) 2s. Defendant sentenced to BP for a term of 108 months as to count two of the isuperseding indictment. SRT 5 years. SA $100.00 ( Signed by Chief Judge Charles Butler Jr. ) M/E # 6762-A (Terminated motions: ) party Robert Lewis Pickins (adk) (Entered: 06/29/1998) |
| 07/01/1998 | 1322 | CLAIM for property by Sally McGee Property Capric Classic VIN 1H69V6S11065 (as to Gerald Jones). Claimant requests hearing on this claim. Referred to Judge Butler. (adk) (Entered: 09/04/1998) |
| 07/16/1998 | | Appeal Information Sheet received RE: [1063-1] appeal by Chris Lipscomb requesting transcription of jury selection of 8/4-6/97; opening statements of 8/7/97; closing arguments of 8/20/97; jury instruction of 8/20/97; trial of 9/9/97, 8/8/97; 8/11/97 - 8/15/97; 8/19/97; 8/20/97; sentencing of 12/11/97. AIS routed to Eddie Howard. (dktclerk) (Entered: 07/17/1998) |
| 07/24/1998 | | (Court only) **Reset last document number to 1349 (cwr) (Entered: 07/24/1998) |
| 08/12/1998 | 1364 | Judgment Returned Executed as to Robert Lewis Pickins ; on 8/4/98. Defendant(s) delivered to FCC Beaumont (cwr) (Entered: 08/12/1998) |
| 08/18/1998 | | Appeal Information Sheet received RE: [1058-1] appeal by Lawrence Edward England, [1075-1] appeal by Gregory Allen Mason, [1067-1] appeal by John L. Fitts, [1078-1] appeal by Claude Steele, [1070-1] appeal by Ernest Lee Strother, [1071-1] appeal by Leroy Lorenzo Williams indicating request for pretrial proceedings of 8/26/97, opening statements, closing arguments, jury instructions, trial of 8/27-28/87, sentencing of 12/11/97, other 8/29-9/3/97. Request made by Susan G. james attorney for Leroy Williams/John Fitts on 6/22/98. Request rec'd on 7-2-98. Financial arrangements were not completed as of 7-27-98. (dktclerk) (Entered: 08/18/1998) |
| 08/18/1998 | | Appeal Information Sheet received RE: [1063-1] appeal by Chris Lipscomb indicating request for jury selection of 8/4/97 - 8/6/97; opening statements of 8/7/97; closing arguments of 8/20/97; jury instructions of 8/20/97; trial of 9/9/97; 8/8/97; 8/11/97 - 8/15/97; 8/19/97 - 8/20/97; sentencing of 12/11/97. (dktclerk) (Entered: 08/18/1998) |

| 08/18/1998 | | Appeal Information Sheet received RE: [1099-1] appeal by Arthur Reginald Tramble indicating request for pre-trial procedings of 7-30-97; opening statemens of 8-7-97; closing arguments of 8-7-97 thru 8-20-97; jury instructions of 8-7-97 thru 8-20-97; motion of 8-12-97; sentencing of 1-9-98. (dktclerk) (Entered: 08/18/1998) |
| --- | --- | --- |
| 08/25/1998 | | Appeal Information Sheet received RE: [1373-1] appeal by George Allums Jr. indicating request for arraignment, sentencing and trial transcripts. (dktclerk) (Entered: 08/27/1998) |
| 09/02/1998 | | (Court only) **Reset last document number to 1380 (cwr) (Entered: 09/02/1998) |
| 09/04/1998 | | (Court only) **Reset last document number to 1381 (cwr) (Entered: 09/04/1998) |
| 01/05/1999 | | Jury selection held Court Reporter: Eddie Howard (adk) (Entered: 01/06/1999) |
| 01/20/1999 | | Appeal Information Sheet received RE: [1378-1] appeal by Michael Olds indicating request for 9/22--26/97; 9/29-30/97; 10/1-3/97; 10/6-7/97 trial before J/Butler (Mary Giattina court reporter); sentence of 8/18/98 before J.Vollmer (M. Giattina). (dktclerk) (Entered: 02/01/1999) |
| 02/12/1999 | | (Court only) **Set appeal flag for Chris Lipscomb, Wilbert Breckenridge, Arthur Tramble, Gerald Jones, Thelbert Staten, Lawrence Englans, Ernest Strother, John Fitts, Leroy Williams, Gregory mason, Claude Steele, Daryl Jones, Edward files, Cedric Jones, George Allums, Micahel Olds. (dktclerk) (Entered: 02/12/1999) |
| 03/22/1999 | | Appeal Information Sheet received RE: [1373-1] appeal by George Allums Jr. for transcription of 6/5/97 arraignment and 6/25/97 arraignment(superseding indictment). Pink and Green copies of transcript order information sheet routed to Mary Frances Giattina via interdepartmental mail. (dktclerk) (Entered: 03/22/1999) |
| 03/29/1999 | | (Court only) **Reset last document number to 1494 (jlr) (Entered: 03/29/1999) |
| 06/17/1999 | | (Court only) **Added Government Attorney Charles A. Kandt as to 2255 filed by Johnny J. Williams (cwr) (Entered: 06/17/1999) |
| 07/28/1999 | | Transcript Information Form received RE: [1506-1] appeal by George Edward Howard from attorney Karen Mills-Francis requesting transcript of 1/6-8/99 trial (J/Butler; Eddie Howard crt. rptr.). (dktclerk) (Entered: 07/28/1999) |
| 09/21/1999 | | (Court only) **Terminated deadlines (adk) (Entered: 09/21/1999) |
| 09/22/1999 | | Transcript Information Form received RE: [1490-1] appeal by Willie Norfleet (Thomas Haas, atty) req'tng pre-trial proceedings; 3/12/99 sentence (opening and closing arguments by goverment and defense). Certification that court reporter has been contacted. (dktclerk) (Entered: |

| | | |
|---|---|---|
| | | 09/22/1999) |
| 09/22/1999 | | COURT REPORTER ACKNOWLEDGMENT OF Transcript Information Form received RE: [1490-1] appeal by Willie Norfleet requesting pre-trial proceedings; 3/12/99 sentence; opening and closing arguments by gov't and defense. Financial argmt made. Est. filing date 10/8/99. M. Giattina court reporter. (Note that trans. of trial proceedings previously fiuled). (dktclerk) (Entered: 09/22/1999) |
| 09/24/1999 | | NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT -- Transcript Information Form received RE: [1490-1] appeal by Willie Norfleet. Transcripts of Trial proceedings previously filed. Actual No. of Vols. and Hearing Date 1: 3/12/99. Mary Frances Giattina court reporter. (dktclerk) (Entered: 09/24/1999) |
| 10/04/1999 | | Original Papers Transmitted to 11th Circuit re: [1530-1] appeal consisting of 2 vols. pleading. Copy of trans. ltr to parties. (dktclerk) (Entered: 10/04/1999) |
| 10/18/1999 | | NOTIFICATION THAT TRNASCRIPT HAS BEEN FILED IN DISTRICT COURT -- Transcript Information Form received RE: [1506-1] appeal by George Edward Howard. Actual No. of Vols: 4. (dktclerk) (Entered: 10/18/1999) |
| 11/17/1999 | | Transcript Information Form received RE: [1542-1] appeal by Michael Jerome Files for transcription of 8/1/97 Voir Dire; 7/30/97 pretrial motion. Pink and Green copies transmitted to court reporter Eddie Howard. (dktclerk) (Entered: 11/18/1999) |
| 11/17/1999 | | Transcript Information Form received RE: [1542-1] appeal by Michael Jerome Files for transcription of 9/3/97 jury sel.; 7/9/99 sentence; 7/9/99 motion for new trial. Pink and Green copies routed to Mary Frances Giattina (court reporter). (dktclerk) (Entered: 11/18/1999) |
| 01/18/2000 | | COURT REPORTER ACKNOWLEDGMENT --Transcript Information Form received RE: [1542-1] appeal by Michael Jerome Files of 8/1/97 Voir Cire pre-trial motion 7/30/97. Act. No. of Vols. and Hrg. Dte. 1. (dktclerk) (Entered: 01/18/2000) |
| 02/09/2000 | | (Court only) **Added Government Attorney Ronald Wise as to Johnny James Williams motion for return of property and govt's response (cwr) (Entered: 02/09/2000) |
| 03/01/2000 | | Transcript Information Form received RE: [1542-1] appeal by Michael Jerome Files; ordering motion hearing transcript of 1/7/98 (DM) (lsw) (Entered: 07/19/2000) |
| 03/22/2000 | | Original Papers Transmitted to 11th Circuit re: [1530-1] appeal. Sentencing transcript only as to England as requested by 11th CCA (jlr) (Entered: 03/22/2000) |

| | | |
|---|---|---|
| 03/24/2000 | | Receipt of Original Record re: Appeal as to Charles Edward England (Doc. 1544) received on 03/24/00 from 11th CCA with the following: 2 Vol.pleadings orginal papers (mab) (Entered: 03/30/2000) |
| 04/03/2000 | | Original Papers Transmitted to 11th Circuit re: [1373-1] appeal as to George Allums, Jr., consists of 2 volumes of pleadings, Vol. 1 of Arraignment Hrg. dated 6/5/97; Vols. 1-9 of trial dated 9/22-26/97, 9/29-30/97, 10/1/97, 10/2-3/97 and 10/6-7/97; Vol. 1 of sentencing dated 8/19/98, 2 red folders consisting of 1) Deft's trial exhibits dated 9/22/97-10/7/97, 2) Transcripts of excerpts from trial held 9/23-26/97, 1 Sealed envelop containing docs. 161, 162, 163, 164, 165, 166, 168, 169, 170, 171, 303, 549, 607, 727, 735, 1395. (jal) (Entered: 04/06/2000) |
| 06/22/2000 | | (Court only) **Reset last document number to 1579 (cwr) (Entered: 06/22/2000) |
| 07/06/2000 | | (Court only) **Added Government Attorney Maria E. Murphy as to Keegan Whitman reocation (cwr) (Entered: 07/06/2000) |
| 08/18/2000 | | Receipt of Original Record received Re: Allums on 8/18/00 from 11th CCA with the following: 2 Vol.pleadings, 16 volume(s) of transcripts, 2 folder(s), 1 envelope(s), and 1 Sealed PSI re: [1373-1] appeal (lsw) Modified on 07/24/2001 (Entered: 08/22/2000) |
| 10/17/2000 | | (Court only) **Reset last document number to 1607 (mpp) (Entered: 10/17/2000) |
| 04/02/2001 | | Record on appeal returned from U.S. Court of Appeals with the following: 3 vol. of pleadings, 7 volume(s) of transcripts 1 folder(s) given to lsw for return, ; re: [1299-1] appeal by Edward Files, [1289-1] appeal by Edward Files (note: Sealed PSI was not returned, Clerk has contacted USCA and requested return) (jal) Modified on 07/19/2001 (Entered: 04/05/2001) |
| 04/06/2001 | | Record on appeal returned from U.S. Court of Appeals with the following: 1 PSI SEALED envelope(s) RETURNED TO PO ; re: [1542-1] appeal by Michael Jerome Files (jal) (Entered: 04/11/2001) |
| 07/23/2001 | 1629 | NOTICE of Appearance for USA by Attorney Charles Kandt as to 2255 filed by Edward Files (cwr) (Entered: 07/23/2001) |
| 11/30/2001 | 1653 | NOTICE of Appearance for USA by Attorney Charles A. Kandt as to 2255 filed by Leroy Lorenzo Williams (cwr) (Entered: 12/03/2001) |
| 06/14/2002 | 1690 | NOTICE of Appearance for USA by Attorney Charles A. Kandt (adk) (Entered: 06/19/2002) |
| 11/19/2002 | | (Court only) **Reset last document number to 1711 (lsw) (Entered: 11/20/2002) |
| 12/09/2002 | 1716 | NOTICE of Appearance for USA by Attorney Maria Murphy as to 2255 filed by George Edward Howard (cwr) (Entered: 12/09/2002) |

| 01/07/2003 | 1725 | NOTICE of Appearance for USA by Attorney Maria Murphy as to 2255 filed by Willie Norfleet (cwr) (Entered: 01/08/2003) |
|---|---|---|
| 01/14/2003 | 1726 | NOTICE of Appearance for USA by Attorney Richard H. Loftin to 2255 filed by George Howard (cwr) Modified on 01/15/2003 (Entered: 01/15/2003) |
| 01/14/2003 | 1727 | NOTICE of Appearance for USA by Attorney Richard H. Loftin as to 2255 filed by Willie James Norfleet (cwr) (Entered: 01/15/2003) |
| 04/17/2003 | | (Court only) **Terminated document(s) as to Robert Lewis Pickins, Adrian Custard, Thelbert C. Staten, Claude Steele, Willie Norfleet : [1571-1] motion to Unseal as to Thelbert C. Staten (34), [1359-1] motion to Seal response to court order of 7/20/98 as to Thelbert C. Staten (34), [1333-1] motion requesting declaration of appellant as indigent for free transcripts as to Thelbert C. Staten (34), [1217-1] motion to Postpone Sentencing as to Robert Lewis Pickins (32), [1515-1] motion for Publication as to Gerald L. Jones (1), [1656-1] motion to Extend Time to respond to Deft's 2255 as to Ernest Lee Strother (12) (srr) (Entered: 04/17/2003) |
| 01/18/2007 | ⊙ | (Court only) ***Motions terminated as to Gerald L. Jones [1891] MOTION for Leave to File filed by Gerald L. Jones. (adk) (Entered: 01/18/2007) |
| 10/17/2007 | ⊙2101 | Probation Jurisdiction Transferred to Northern District of California as to Robert Lewis Pickins Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (cwr) (Entered: 10/17/2007) |